Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy                 06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | **Livie and Luca LLC** | |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **39-2051701** | |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **1423 Broadway, Ste. 170 Oakland, CA 94612** Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Alameda** County | **Location of principal assets, if different from principal place of business** **7200 Intermodal Dr. Louisville, KY 40258** Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | **www.livieandluca.com** |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other. Specify: _____ |

Case: 23-40991   Doc# 1   Filed: 08/10/23   Entered: 08/10/23 21:39:18   Page 1 of 132

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

     **4482**

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check **all** that apply:*

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☑ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No.

☐ Yes.

| | District | | When | | Case number | |
|---|---|---|---|---|---|---|
| | District | | When | | Case number | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | | | |
|---|---|---|---|
| Debtor | _____ | Relationship | _____ |
| District | _____ When _____ | Case number, if known | _____ |

**11. Why is the case filed in *this district*?**    *Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                          Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____

         Contact name _____

         Phone _____

---

**■ Statistical and administrative information**

**13. Debtor's estimation of available funds**    .    *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ■ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

Case: 23-40991    Doc# 1    Filed: 08/10/23    Entered: 08/10/23 21:39:18    Page 3 of 132

- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million

- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million

- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

| | Request for Relief, Declaration, and Signatures |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **August  8, 2023**
              MM / DD / YYYY

**X /s/ Mitzi Rivas**                                           **Mitzi Rivas**
Signature of authorized representative of debtor               Printed name

Title   **CEO**

**18. Signature of attorney**

**X /s/ Stephen D. Finestone**                     Date  **August  8, 2023**
Signature of attorney for debtor                         MM / DD / YYYY

**Stephen D. Finestone 125675**
Printed name

**Finestone Hayes LLP**
Firm name

**456 Montgomery St., 20th Floor**
**San Francisco, CA 94104**
Number, Street, City, State & ZIP Code

Contact phone   **415 421-2624**     Email address   **sfinestone@fhlawllp.com**

**125675 CA**
Bar number and State

**WRITTEN CONSENT**
**OF THE MANAGER AND MEMBERS OF**
**LIVIE AND LUCA LLC,**
**a California Limited Liability Company**

**August 8, 2023**

The undersigned, as the Manager and sole Member of Livie and Luca LLC, a California limited liability company (the "**Company**"), acting by the authority designated by the Company's Operating Agreement, does hereby consent to the adoption of the following resolutions and agree that such resolutions shall have the same force and effect as if they were approved and adopted by all the members of the Company.

**WHEREAS**, the Manager has reviewed the historical performance of the Company, the market for the Company's services and the current and long-term liabilities of the Company as of the date hereof;

**WHEREAS**, the Manager has been monitoring the performance of the Company and exploring various alternatives for the Company in connection with its relationship with its creditors;

**WHEREAS**, the Manager has determined that it is advisable and in the best interests of the Company, its creditors, its owners/members, and other interested parties that a voluntary petition (the "**Bankruptcy Case**") be filed by the Company under the provisions of Chapter 11 of Title 11 of the United States Code (the "**Bankruptcy Code**");

**WHEREAS**, the Manager has determined that it is advisable and in the best interests of the Company, its creditors, its owners/members and other interested parties that the Company file all petitions, motions, declarations, schedules, lists, and other papers or documents necessary or proper to obtain relief under the Bankruptcy Case (the "**Bankruptcy Petitions**"); and

**WHEREAS**, the Manager has determined that it is advisable and in the best interests of the Company, its creditors, its owners/members and other interested parties that the Company take any and all actions necessary or proper to obtain relief under the Bankruptcy Case, including retaining any and all assistance by legal counsel, financial advisers, accountants and/or other professionals and to take any and all action necessary and proper in connection with the Bankruptcy Case, with a view to the successful prosecution of such case (collectively, the **Bankruptcy Actions**");

**NOW, THEREFORE, BE IT RESOLVED**, that (i) the filing, execution, negotiation, delivery and performance of the Bankruptcy Petitions and the Bankruptcy Actions on behalf of the Company be, and hereby is, approved, confirmed and ratified, and (ii) the Manager and anyone acting under the authority of the Manager (the "**Authorized Representatives**") be, and each of them acting alone hereby is, authorized, empowered and directed, in the name of and on behalf of the Company, to execute, deliver and perform the Bankruptcy Petitions, the Bankruptcy Actions and such other ancillary agreements, documents and certificates as the Authorized Officer executing the same determines is necessary or appropriate;

1

**RESOLVED FURTHER**, that all acts lawfully done, or actions lawfully taken by the Authorized Representatives of the Company to seek relief under the Bankruptcy Code or in connection with the Bankruptcy Case, or any matter related thereto, be, and hereby are, adopted, ratified, confirmed and approved in all respects as the acts and deeds of the Company.

**RESOLVED FURTHER**, that the Authorized Representatives of the Company are authorized and directed to engage legal counsel, financial advisers, accountants and/or other professionals, execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the Bankruptcy Case and to cause to be filed an appropriate application for authority to retain the services of legal counsel, financial advisers, accountants and/or other professionals to the Company in furtherance of the Company's objectives pursuant to the Bankruptcy Case.

## GENERAL AUTHORIZATION

**RESOLVED FURTHER**, that the Authorized Representatives, and any Authorized Representative acting alone, be, and each of them acting alone hereby is, authorized, empowered and directed, in the name of and on behalf of the Company, to execute and deliver any and all other agreements, certificates, deeds, instruments, petitions, motions, declarations or other documents required to be filed or entered into or contemplated by the foregoing resolutions, including any certificates, and to do or cause to be done any and all further acts and things which any such Authorized Representative(s) may deem necessary, advisable or appropriate in connection with the execution, delivery and performance of the Bankruptcy Petitions and the Bankruptcy Actions;

**RESOLVED FURTHER**, that the consummation of the actions contemplated by the foregoing resolutions and the execution and delivery by the Authorized Representative, and any Authorized Representative acting alone, of any document, agreement, certificate or instrument and the doing by such Authorized Representative(s) of any act in connection with the foregoing shall conclusively establish his or her authority to do so on behalf of the Company;

**RESOLVED FURTHER**, that any and all actions heretofore taken by the Authorized Representatives, and any Authorized Representative acting alone, in connection with the matters contemplated by the foregoing resolutions be, and they hereby are, approved, ratified and confirmed in all respects as fully as if such actions had been presented for approval prior to such actions being taken; and

**RESOLVED FURTHER**, that this consent may be executed in one or more counterparts, and each counterpart shall be deemed an original together constituting one instrument.

**IN WITNESS WHEREOF**, the undersigned, being Manager and sole Member of the Company, has executed this document on and as of the date first set forth above.

Mitzi Rivas

2

# Profit and Loss, Summary, Monthly, Accrual Basis

January - June, 2023

| | Jan 2023 | Feb 2023 | Mar 2023 | Apr 2023 | May 2023 | Jun 2023 | Total |
|---|---|---|---|---|---|---|---|
| **INCOME** | | | | | | | |
| 4110 Merchandise Sales | 159,482 | 160,147 | 237,271 | 99,915 | 95,826 | 147,037 | 899,676 |
| 4180 Other Revenue | 6,414 | 4,181 | 6,336 | 2,211 | 3,837 | 9,414 | 32,394 |
| **Total Income** | **165,896** | **164,328** | **243,606** | **102,126** | **99,663** | **156,451** | **932,070** |
| **COST OF GOODS SOLD** | | | | | | | |
| 5110 Merchandise COGS | 47,536 | 78,910 | 89,169 | 181,222 | 127,300 | 28,980 | 553,116 |
| 5120 Shipping/Fulfillment COGS | 93,424 | 115,654 | 75,236 | 113,870 | 37,932 | 8,389 | 444,505 |
| 5130 Other COGS | 9,721 | 9,574 | 16,143 | 13,529 | 9,439 | 12,241 | 70,646 |
| **Total Cost of Goods Sold** | **150,681** | **204,139** | **180,547** | **308,621** | **174,671** | **49,609** | **1,068,268** |
| **GROSS PROFIT** | **15,215** | **-39,811** | **63,060** | **-206,495** | **-75,009** | **106,842** | **-136,198** |
| **EXPENSES** | | | | | | | |
| 6110 GnA - Personnel | 38,399 | 33,854 | 38,345 | 33,245 | 25,993 | 27,877 | 197,715 |
| 6120 GnA - Travel and Entertainment | 1,782 | 71 | | 81 | -1,303 | 900 | 1,531 |
| 6130 GnA - Facilities | 1,422 | 465 | 465 | 465 | 465 | 465 | 3,747 |
| 6150 GnA - Office Administration | 168 | 224 | 60 | 553 | 633 | 678 | 2,315 |
| 6160 GnA - Banking and Financing | 195 | 235 | 266 | 204 | 1,418 | 1,381 | 3,699 |
| 6170 Professional Fees | 7,099 | 6,854 | 7,082 | 4,541 | -4,856 | 10,382 | 31,101 |
| 6280 GnA - Other | 11,518 | 9,239 | 8,200 | 6,226 | 8,963 | 8,454 | 52,600 |
| 6310 SnM - Personnel | 14,590 | 2,635 | 2,670 | 4,600 | 3,140 | 2,163 | 29,798 |
| 6330 SnM - Advertising, Promotion | 79,473 | 47,461 | 74,432 | 58,558 | 20,628 | 18,297 | 298,849 |
| 6340 SnM - Other | | 227 | | | | | 227 |
| 6410 RnD - Other | -43 | | | | | | -43 |
| **Total Expenses** | **154,603** | **101,266** | **131,520** | **108,473** | **55,082** | **70,596** | **621,539** |
| **NET OPERATING INCOME** | **-139,387** | **-141,077** | **-68,460** | **-314,968** | **-130,090** | **36,246** | **-757,737** |
| **OTHER INCOME** | | | | | | | |
| 7419 Other Non-Operating Income | 1,198 | 20 | 20 | 20 | 1,593 | 243 | 3,095 |
| **Total Other Income** | **1,198** | **20** | **20** | **20** | **1,593** | **243** | **3,095** |
| **OTHER EXPENSES** | | | | | | | |

| | Jan 2023 | Feb 2023 | Mar 2023 | Apr 2023 | May 2023 | Jun 2023 | Total |
|---|---|---|---|---|---|---|---|
| Unrealized Gain or Loss | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 8111 Interest Expense | 5,049 | 3,607 | 6,529 | 4,713 | 8,445 | 5,317 | 33,662 |
| 8211 Depreciation, Amortization | 2,767 | 2,767 | 2,767 | 2,767 | 2,767 | 2,767 | 16,603 |
| 8310 Other, Non-Operating Expense | 2,917 | 3,531 | 4,484 | 2,129 | 823 | 2,448 | 16,331 |
| **Total Other Expenses** | **10,733** | **9,905** | **13,780** | **9,609** | **12,035** | **10,532** | **66,596** |
| NET OTHER INCOME | -9,536 | -9,885 | -13,760 | -9,589 | -10,442 | -10,289 | -63,501 |
| NET INCOME | $ -148,923 | $ -150,962 | $ -82,220 | $ -324,557 | $ -140,532 | $25,957 | $ -821,238 |

# Balance Sheet, Detail, Monthly, Accrual Basis

As of June 30, 2023

| | Jan 2023 | Feb 2023 | Mar 2023 | Apr 2023 | May 2023 | Jun 2023 |
|---|---|---|---|---|---|---|
| **ASSETS** | | | | | | |
| **Current Assets** | | | | | | |
| **Bank Accounts** | | | | | | |
| 1110 Operating Accounts | | | | | | |
| 1111 Bank of America *0066 | 225 | 13,213 | -4,300 | 24,008 | 3,297 | 14,638 |
| 1112 PayPal | 1,329 | 7,520 | 7,353 | 5,832 | 5,912 | 9,559 |
| **Total 1110 Operating Accounts** | **1,554** | **20,734** | **3,053** | **29,840** | **9,209** | **24,196** |
| 1120 Non-Operating Accounts | | | | | | |
| 1121 Bank of America CD x6981 | 0 | 0 | 0 | 0 | 0 | 0 |
| **Total 1120 Non-Operating Accounts** | **0** | **0** | **0** | **0** | **0** | **0** |
| 1130 Clearing Accounts | | | | | | |
| 1131 Bill.com Money Out Clearing | 0 | 0 | 0 | 0 | 0 | 0 |
| 1132 Payroll Clearing | 0 | -10,997 | 0 | 0 | 0 | 0 |
| **Total 1130 Clearing Accounts** | **0** | **-10,997** | **0** | **0** | **0** | **0** |
| 1191 Undeposited Funds | 0 | 0 | 0 | 0 | 0 | 0 |
| **Total Bank Accounts** | **1,554** | **9,737** | **3,053** | **29,840** | **9,209** | **24,196** |
| **Accounts Receivable** | | | | | | |
| 1211 Accounts Receivable | 0 | 0 | 0 | 0 | 0 | 0 |
| **Total Accounts Receivable** | **0** | **0** | **0** | **0** | **0** | **0** |
| **Other Current Assets** | | | | | | |
| 1310 Other Receivables | 0 | 0 | 0 | 0 | 0 | 0 |
| 1311 Due from Afterpay | 363 | 585 | 344 | -463 | 0 | 0 |
| 1312 Due from Amazon Pay | 256 | 721 | 4,352 | 890 | 152 | 153 |
| 1313 Due from Amazon.com | 4,480 | 4,259 | 7,382 | 5,635 | 2,115 | 2,279 |
| 1314 Due from Bankcard | 0 | 0 | 0 | 0 | 0 | 0 |
| 1315 Due from Other Payment Processor | 0 | 0 | 0 | 0 | 14 | -51 |
| 1316 Due from Shopify | 6,775 | 9,204 | 7,097 | 2,217 | 4,601 | 13,685 |
| 1317 Due from Wholesale Customers | 0 | 0 | 0 | 0 | 0 | 0 |

Livie and Luca

Case: 23-40991   Doc# 1   Filed: 08/10/23   Entered: 08/10/23 21:39:18   Page 10 of 132

| | Jan 2023 | Feb 2023 | Mar 2023 | Apr 2023 | May 2023 | Jun 2023 |
|---|---|---|---|---|---|---|
| 1318 Due from Zappos | 0 | 0 | 0 | 0 | 0 | 0 |
| **Total 1310 Other Receivables** | **11,875** | **14,768** | **19,176** | **8,279** | **6,882** | **16,065** |
| 1380 Other Current Asset | | | | | | |
| 1321 Prepaid Expenses | 18,989 | 15,458 | 10,974 | 8,845 | 8,022 | 5,574 |
| 1322 Due from Vendors | 0 | 0 | 0 | 0 | 0 | 0 |
| 1323 Prepaid Inventory | 225,672 | 207,853 | 253,685 | 253,685 | 253,685 | 253,685 |
| 1324 Prepaid Freight | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 |
| **Total 1380 Other Current Asset** | **254,660** | **233,310** | **274,659** | **272,530** | **271,707** | **269,259** |
| 1389 Uncategorized Asset | 0 | 0 | 0 | 0 | 0 | 0 |
| 1410 Inventory Asset | | | | | | |
| 1411 Inventory | 1,378,110 | 1,299,200 | 1,210,031 | 1,028,810 | 901,509 | 872,530 |
| 1412 Inventory - Duty | 222,296 | 208,331 | 196,349 | 167,978 | 153,783 | 150,975 |
| 1413 Inventory - Freight In | 199,756 | 183,946 | 170,381 | 143,719 | 130,380 | 127,970 |
| **Total 1410 Inventory Asset** | **1,800,162** | **1,691,477** | **1,576,762** | **1,340,507** | **1,185,673** | **1,151,475** |
| Undeposited Funds - dnu | 0 | 0 | 0 | 0 | 0 | 0 |
| **Total Other Current Assets** | **2,066,697** | **1,939,555** | **1,870,596** | **1,621,316** | **1,464,262** | **1,436,799** |
| **Total Current Assets** | **2,068,251** | **1,949,292** | **1,873,649** | **1,651,156** | **1,473,471** | **1,460,995** |
| Fixed Assets | | | | | | |
| 1511 Furniture and Equipment | 2,012 | 2,012 | 2,012 | 2,012 | 2,012 | 2,012 |
| 1521 Computers | 1,784 | 1,784 | 1,784 | 1,784 | 1,784 | 1,784 |
| 1531 Vehicles | 55,529 | 55,529 | 55,529 | 55,529 | 55,529 | 55,529 |
| 1541 Accumulated Depreciation | -59,325 | -59,325 | -59,325 | -59,325 | -59,325 | -59,325 |
| **Total Fixed Assets** | **0** | **0** | **0** | **0** | **0** | **0** |
| Other Assets | | | | | | |
| 1611 Loan Costs | 104,220 | 104,220 | 104,220 | 104,220 | 104,220 | 104,220 |
| 1621 Accumulated Amortization | -71,607 | -74,374 | -77,142 | -79,909 | -82,676 | -85,443 |
| 1631 Security Deposit | 0 | 0 | 0 | 0 | 0 | 0 |
| **Total Other Assets** | **32,612** | **29,845** | **27,078** | **24,311** | **21,544** | **18,777** |
| **TOTAL ASSETS** | **$2,100,863** | **$1,979,137** | **$1,900,727** | **$1,675,467** | **$1,495,014** | **$1,479,772** |

LIABILITIES AND EQUITY

| | Jan 2023 | Feb 2023 | Mar 2023 | Apr 2023 | May 2023 | Jun 2023 |
|---|---|---|---|---|---|---|
| **Liabilities** | | | | | | |
| **Current Liabilities** | | | | | | |
| **Accounts Payable** | | | | | | |
| 2111 Accounts Payable | 809,887 | 808,747 | 851,885 | 875,320 | 863,094 | 811,959 |
| 2112 Accounts Payable (A/P) - GBP | 3,803 | 4,254 | 4,254 | 4,254 | 4,254 | 4,254 |
| **Total Accounts Payable** | **813,690** | **813,002** | **856,139** | **879,574** | **867,348** | **816,213** |
| **Credit Cards** | | | | | | |
| 2220 BoA Corp Credit Card x1413 | 176,436 | 166,735 | 169,435 | 172,531 | 175,472 | 178,826 |
| 2221 BoA Corp CC x5557 Garcia, Amie | -509 | -22 | 0 | 0 | 0 | 0 |
| 2222 BoA Corp CC x5209 McClure, Yarra | 0 | 0 | 0 | 0 | 0 | 0 |
| 2223 BoA Corp CC x5939 Pierdinock-Hagen, Emily | 0 | 0 | 0 | 0 | 0 | 0 |
| 2224 BoA Corp CC x7905 - Mitzi Rivas | 0 | 0 | 0 | 0 | 0 | 0 |
| **Total 2220 BoA Corp Credit Card x1413** | **175,927** | **166,713** | **169,435** | **172,531** | **175,472** | **178,826** |
| 2225 Chase Credit Card x8370 | | | 30,940 | 32,102 | 29,920 | 28,572 |
| 2226 Discover Card x1792 | | | 10,638 | 15,395 | 11,565 | 10,053 |
| 2227 US Bank Credit Card x2961 | | | 14,185 | 13,109 | 13,051 | 12,883 |
| **Total Credit Cards** | **175,927** | **166,713** | **225,198** | **233,137** | **230,008** | **230,334** |
| **Other Current Liabilities** | | | | | | |
| 2310 Payroll Liabilities | | | | | | 246 |
| 2311 Federal Payroll Taxes (941/944) | -1,991 | -2,045 | 0 | 0 | -598 | -1,413 |
| 2313 State Payroll Taxes | 0 | 0 | 0 | 0 | 382 | 1,142 |
| 2314 State Unemployment | 0 | 217 | 332 | 365 | 398 | 456 |
| 2315 401K Payable | 0 | 0 | 0 | 0 | 0 | 0 |
| 2316 Child Support Payable | 0 | 0 | 0 | 0 | 0 | 0 |
| 2317 Due to Employees | | | | 9,757 | 17,717 | 16,111 |
| **Total 2310 Payroll Liabilities** | **-1,991** | **-1,827** | **332** | **10,122** | **17,899** | **16,541** |
| 2410 Other Current Liabilities | | | | | | |
| 2411 Sales Tax Payable | 4,138 | 5,723 | 10,401 | 1,962 | 3,111 | 6,815 |
| 2412 HBC - Line of Credit 0100 | 313,670 | 313,670 | 293,182 | 293,182 | 272,594 | 272,594 |
| 2413 Due to Shareholder - Mitzi | 29,158 | 29,158 | 29,158 | 29,158 | 29,158 | 29,158 |

Case: 23-40991   Doc# 1   Filed: 08/10/23   Entered: 08/10/23 21:39:18   Page 12 of 132

| | Jan 2023 | Feb 2023 | Mar 2023 | Apr 2023 | May 2023 | Jun 2023 |
|---|---|---|---|---|---|---|
| 2414 PayPal Working Cap Loan | 89,171 | 81,866 | 73,990 | 70,651 | 71,684 | 67,700 |
| 2415 Customer Prepayments | 0 | 0 | 0 | 0 | 0 | 0 |
| 2416 Gift Cards Outstanding | 61,111 | 59,415 | 58,426 | 57,154 | 56,267 | 54,704 |
| 2417 Accrued Expenses | 0 | 0 | 0 | 0 | 0 | 0 |
| 2418 BCLP Legal Bill Liability | 40,658 | 40,658 | 40,658 | 40,658 | 40,658 | 40,658 |
| 2419 The Bancorp Bank loan x2956 | | | | | | 40,606 |
| **Total 2410 Other Current Liabilities** | **537,907** | **530,491** | **505,815** | **492,765** | **473,473** | **512,234** |
| **Total Other Current Liabilities** | **535,916** | **528,663** | **506,147** | **502,887** | **491,372** | **528,776** |
| **Total Current Liabilities** | **1,525,533** | **1,508,378** | **1,587,484** | **1,615,598** | **1,588,728** | **1,575,322** |
| Long-Term Liabilities | | | | | | |
| 2510 Loan Payable | | | | | | |
| 2511 Shopify Loan Payable | 196,277 | 166,344 | 126,717 | 108,023 | 100,539 | 78,293 |
| 2512 AGS Liability | 102,778 | 100,278 | 97,278 | 97,278 | 97,278 | 97,278 |
| 2513 HBC Loan Payable x101 | 28,778 | 20,431 | 12,025 | 3,584 | -15 | -15 |
| 2514 Bond Payable | 53,496 | 51,837 | 50,167 | 48,484 | 46,788 | 45,079 |
| 2515 EIDL Loan Payable | 500,000 | 500,000 | 500,000 | 500,000 | 500,000 | 500,000 |
| 2516 PPP Loan Payable | 0 | 0 | 0 | 0 | 0 | 0 |
| 2517 Loan Payable - Amie Garcia | 9,916 | 9,916 | 9,916 | 9,916 | 9,916 | 9,916 |
| 2518 Insul-Techs Convertible Note | | | | 60,000 | 60,000 | 60,000 |
| **Total 2510 Loan Payable** | **891,245** | **848,806** | **796,102** | **827,285** | **814,505** | **790,551** |
| **Total Long-Term Liabilities** | **891,245** | **848,806** | **796,102** | **827,285** | **814,505** | **790,551** |
| **Total Liabilities** | **2,416,779** | **2,357,183** | **2,383,586** | **2,442,883** | **2,403,233** | **2,365,874** |
| Equity | | | | | | |
| 3111 Opening Balance Equity | 0 | 0 | 0 | 0 | 0 | 0 |
| 3120 Shareholder Equity - Mitzi | | | | | | |
| 3121 Shareholder Contributions - Mitzi | 577,057 | 694,389 | 694,389 | 734,389 | 734,389 | 734,299 |
| 3122 Shareholder Distributions - Mitzi | -148,300 | -176,800 | -199,392 | -199,392 | -199,663 | -203,413 |
| **Total 3120 Shareholder Equity - Mitzi** | **428,757** | **517,589** | **494,997** | **534,997** | **534,726** | **530,886** |
| 3130 Shareholder Equity - Amie | | | | | | |
| 3131 Shareholder Contributions - Amie | 0 | 0 | 0 | 0 | 0 | 0 |

Livie and Luca

| | Jan 2023 | Feb 2023 | Mar 2023 | Apr 2023 | May 2023 | Jun 2023 |
|---|---|---|---|---|---|---|
| 3132 Shareholder Distributions - Amie | 0 | 0 | 0 | 0 | 0 | 0 |
| **Total 3130 Shareholder Equity - Amie** | **0** | **0** | **0** | **0** | **0** | **0** |
| 3141 Retained Earnings | -595,750 | -595,750 | -595,750 | -595,750 | -595,750 | -595,750 |
| Net Income | -148,923 | -299,885 | -382,105 | -706,662 | -847,194 | -821,238 |
| **Total Equity** | **-315,916** | **-378,046** | **-482,859** | **-767,416** | **-908,219** | **-886,102** |
| **TOTAL LIABILITIES AND EQUITY** | **$2,100,863** | **$1,979,137** | **$1,900,727** | **$1,675,467** | **$1,495,014** | **$1,479,772** |

Livie and Luca

Form **1065**

Department of the Treasury
Internal Revenue Service

## U.S. Return of Partnership Income

For calendar year 2021, or tax year beginning _____ , ending _____ .

▶ Go to *www.irs.gov/Form1065* for instructions and the latest information.

OMB No. 1545-0123

**2021**

| | |
|---|---|
| **A** Principal business activity <br> **Manufacturer** | **Type or Print** |
| **B** Principal product or service <br> **Shoes** | |
| **C** Business code number <br> **448210** | |

Name of partnership

**LIVIE and LUCA, LLC**

Number, street, and room or suite no. If a P.O. box, see instructions.

**6400 HOLLIS STREET STE 15**

City or town, state or province, country, and ZIP or foreign postal code

**EMERYVILLE          CA 94608**

**D** Employer identification number

**39-2051701**

**E** Date business started

**01/01/2006**

**F** Total assets (see instructions)

$ **1,659,861**

**See Statement 1**

**G** Check applicable boxes: **(1)** ☐ Initial return **(2)** ☐ Final return **(3)** ☐ Name change **(4)** ☐ Address change **(5)** ☒ Amended return

**H** Check accounting method: **(1)** ☒ Cash **(2)** ☐ Accrual **(3)** ☐ Other (specify) ▶ _____

**I** Number of Schedules K-1. Attach one for each person who was a partner at any time during the tax year ▶ **2**

**J** Check if Schedules C and M-3 are attached ▶ ☐

**K** Check if partnership: **(1)** ☐ Aggregated activities for section 465 at-risk purposes **(2)** ☐ Grouped activities for section 469 passive activity purposes

**Caution:** Include **only** trade or business income and expenses on lines 1a through 22 below. See instructions for more information.

| | | | | | |
|---|---|---|---|---:|---:|
| **Income** | **1a** | Gross receipts or sales | **1a** | 5,796,697 | |
| | **b** | Returns and allowances | **1b** | 104,883 | |
| | **c** | Balance. Subtract line 1b from line 1a | | **1c** | 5,691,814 |
| | **2** | Cost of goods sold (attach Form 1125-A) | | **2** | 4,263,649 |
| | **3** | Gross profit. Subtract line 2 from line 1c | | **3** | 1,428,165 |
| | **4** | Ordinary income (loss) from other partnerships, estates, and trusts (attach statement) | | **4** | |
| | **5** | Net farm profit (loss) (attach Schedule F (Form 1040)) | | **5** | |
| | **6** | Net gain (loss) from Form 4797, Part II, line 17 (attach Form 4797) | | **6** | |
| | **7** | Other income (loss) (attach statement)          **See Statement 2** | | **7** | 24,334 |
| | **8** | Total income (loss). Combine lines 3 through 7 | | **8** | 1,452,499 |
| **Deductions (see instructions for limitations)** | **9** | Salaries and wages (other than to partners) (less employment credits) | | **9** | 421,015 |
| | **10** | Guaranteed payments to partners | | **10** | |
| | **11** | Repairs and maintenance | | **11** | |
| | **12** | Bad debts | | **12** | |
| | **13** | Rent | | **13** | 12,150 |
| | **14** | Taxes and licenses | | **14** | 72,648 |
| | **15** | Interest (see instructions)          **See Statement 3** | | **15** | 45,406 |
| | **16a** | Depreciation (if required, attach Form 4562) | **16a** | | |
| | **b** | Less depreciation reported on Form 1125-A and elsewhere on return | **16b** | | |
| | | | | **16c** | |
| | **17** | Depletion (**Do not deduct oil and gas depletion.**) | | **17** | |
| | **18** | Retirement plans, etc. | | **18** | |
| | **19** | Employee benefit programs | | **19** | 47,924 |
| | **20** | Other deductions (attach statement)          **See Statement 4** | | **20** | 883,788 |
| | **21** | Total deductions. Add the amounts shown in the far right column for lines 9 through 20 | | **21** | 1,482,931 |
| | **22** | Ordinary business income (loss). Subtract line 21 from line 8 | | **22** | -30,432 |
| **Tax and Payment** | **23** | Interest due under the look-back method—completed long-term contracts (attach Form 8697) | | **23** | |
| | **24** | Interest due under the look-back method—income forecast method (attach Form 8866) | | **24** | |
| | **25** | BBA AAR imputed underpayment (see instructions) | | **25** | |
| | **26** | Other taxes (see instructions) | | **26** | |
| | **27** | Total balance due. Add lines 23 through 26 | | **27** | |
| | **28** | Payment (see instructions) | | **28** | |
| | **29** | Amount owed. If line 28 is smaller than line 27, enter amount owed | | **29** | |
| | **30** | Overpayment. If line 28 is larger than line 27, enter overpayment | | **30** | |

**Sign Here**

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than partner or limited liability company member) is based on all information of which preparer has any knowledge.

_____
Signature of partner or limited liability company member          Date

May the IRS discuss this return with the preparer shown below? See instructions.   ☒ Yes   ☐ No

| Paid Preparer Use Only | | | | |
|---|---|---|---|---|
| Print/Type preparer's name <br> Matthew L. Rzepka | Preparer's signature <br> Matthew L. Rzepka | Date <br> 06/21/23 | Check ☐ if self-employed | PTIN <br> P00701323 |
| Firm's name ▶ **Valley Oak** | | | Firm's EIN ▶ **20-5030243** | |
| Firm's address ▶ **6011 Stadium Drive** <br> **Kalamazoo, MI          49009-2007** | | | Phone no. **269-492-7220** | |

For Paperwork Reduction Act Notice, see separate instructions.          Form **1065** (2021)

DAA

Case: 23-40991   Doc # 1   Filed: 08/10/23   Entered: 08/10/23 21:39:18   Page 15 of 132

Form 1065 (2021)  **LIVIE and LUCA, LLC**                    39-2051701                    Page **2**

| Schedule B | Other Information |
| --- | --- |

| | | | Yes | No |
| --- | --- | --- | --- | --- |
| **1** | What type of entity is filing this return? Check the applicable box: | | | |
| **a** | ☐ Domestic general partnership      **b** ☐ Domestic limited partnership | | | |
| **c** | ☒ Domestic limited liability company   **d** ☐ Domestic limited liability partnership | | | |
| **e** | ☐ Foreign partnership            **f** ☐ Other ▶ | | | |
| **2** | At the end of the tax year: | | | |
| **a** | Did any foreign or domestic corporation, partnership (including any entity treated as a partnership), trust, or tax-exempt organization, or any foreign government own, directly or indirectly, an interest of 50% or more in the profit, loss, or capital of the partnership? For rules of constructive ownership, see instructions. If "Yes," attach Schedule B-1, Information on Partners Owning 50% or More of the Partnership ................................ | | | X |
| **b** | Did any individual or estate own, directly or indirectly, an interest of 50% or more in the profit, loss, or capital of the partnership? For rules of constructive ownership, see instructions. If "Yes," attach Schedule B-1, Information on Partners Owning 50% or More of the Partnership ................................ | | X | |
| **3** | At the end of the tax year, did the partnership: | | | |
| **a** | Own directly 20% or more, or own, directly or indirectly, 50% or more of the total voting power of all classes of stock entitled to vote of any foreign or domestic corporation? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (iv) below ................................ | | | X |

| (i) Name of Corporation | (ii) Employer Identification Number (if any) | (iii) Country of Incorporation | (iv) Percentage Owned in Voting Stock |
| --- | --- | --- | --- |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| | | | Yes | No |
| --- | --- | --- | --- | --- |
| **b** | Own directly an interest of 20% or more, or own, directly or indirectly, an interest of 50% or more in the profit, loss, or capital in any foreign or domestic partnership (including an entity treated as a partnership) or in the beneficial interest of a trust? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (v) below ................ | | | X |

| (i) Name of Entity | (ii) Employer Identification Number (if any) | (iii) Type of Entity | (iv) Country of Organization | (v) Maximum Percentage Owned in Profit, Loss, or Capital |
| --- | --- | --- | --- | --- |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| | | | Yes | No |
| --- | --- | --- | --- | --- |
| **4** | Does the partnership satisfy **all four** of the following conditions? | | | |
| **a** | The partnership's total receipts for the tax year were less than $250,000. | | | |
| **b** | The partnership's total assets at the end of the tax year were less than $1 million. | | | |
| **c** | Schedules K-1 are filed with the return and furnished to the partners on or before the due date (including extensions) for the partnership return. | | | |
| **d** | The partnership is not filing and is not required to file Schedule M-3 ................................ | | | X |
| | If "Yes," the partnership is not required to complete Schedules L, M-1, and M-2; item F on page 1 of Form 1065; or item L on Schedule K-1. | | | |
| **5** | Is this partnership a publicly traded partnership as defined in section 469(k)(2)? ................................ | | | X |
| **6** | During the tax year, did the partnership have any debt that was canceled, was forgiven, or had the terms modified so as to reduce the principal amount of the debt? ................................ | | | X |
| **7** | Has this partnership filed, or is it required to file, Form 8918, Material Advisor Disclosure Statement, to provide information on any reportable transaction? ................................ | | | X |
| **8** | At any time during calendar year 2021, did the partnership have an interest in or a signature or other authority over a financial account in a foreign country (such as a bank account, securities account, or other financial account)? See instructions for exceptions and filing requirements for FinCEN Form 114, Report of Foreign Bank and Financial Accounts (FBAR). If "Yes," enter the name of the foreign country ▶ ................ | | | X |
| **9** | At any time during the tax year, did the partnership receive a distribution from, or was it the grantor of, or transferor to, a foreign trust? If "Yes," the partnership may have to file Form 3520, Annual Return To Report Transactions With Foreign Trusts and Receipt of Certain Foreign Gifts. See instructions ................ | | | X |
| **10a** | Is the partnership making, or had it previously made (and not revoked), a section 754 election? ................ | | | X |
| | See instructions for details regarding a section 754 election. | | | |
| **b** | Did the partnership make for this tax year an optional basis adjustment under section 743(b) or 734(b)? If "Yes," attach a statement showing the computation and allocation of the basis adjustment. See instructions ................ | | | X |

Form **1065** (2021)

DAA

| Schedule B | Other Information *(continued)* | | |
|---|---|---|---|
| | | Yes | No |
| c | Is the partnership required to adjust the basis of partnership assets under section 743(b) or 734(b) because of a | | |
| | substantial built-in loss (as defined under section 743(d)) or substantial basis reduction (as defined under section | | |
| | 734(d))? If "Yes," attach a statement showing the computation and allocation of the basis adjustment. See instructions | | X |
| 11 | Check this box if, during the current or prior tax year, the partnership distributed any property received in a like- | | |
| | kind exchange or contributed such property to another entity (other than disregarded entities wholly owned by the | | |
| | partnership throughout the tax year) ▶ ☐ | | |
| 12 | At any time during the tax year, did the partnership distribute to any partner a tenancy-in-common or other | | |
| | undivided interest in partnership property? | | X |
| 13 | If the partnership is required to file Form 8858, Information Return of U.S. Persons With Respect To Foreign | | |
| | Disregarded Entities (FDEs) and Foreign Branches (FBs), enter the number of Forms 8858 attached. See | | |
| | instructions ▶ | | |
| 14 | Does the partnership have any foreign partners? If "Yes," enter the number of Forms 8805, Foreign Partner's | | |
| | Information Statement of Section 1446 Withholding Tax, filed for this partnership ▶ | | X |
| 15 | Enter the number of Forms 8865, Return of U.S. Persons With Respect to Certain Foreign Partnerships, attached | | |
| | to this return ▶ 0 | | |
| 16a | Did you make any payments in 2021 that would require you to file Form(s) 1099? See instructions | X | |
| b | If "Yes," did you or will you file required Form(s) 1099? | X | |
| 17 | Enter the number of Form 5471, Information Return of U.S. Persons With Respect To Certain Foreign | | |
| | Corporations, attached to this return ▶ 0 | | |
| 18 | Enter the number of partners that are foreign governments under section 892 ▶ 0 | | |
| 19 | During the partnership's tax year, did the partnership make any payments that would require it to file Forms 1042 | | |
| | and 1042-S under chapter 3 (sections 1441 through 1464) or chapter 4 (sections 1471 through 1474)? | | X |
| 20 | Was the partnership a specified domestic entity required to file Form 8938 for the tax year? See the Instructions for Form 8938 | | X |
| 21 | Is the partnership a section 721(c) partnership, as defined in Regulations section 1.721(c)-1(b)(14)? | | X |
| 22 | During the tax year, did the partnership pay or accrue any interest or royalty for which one or more partners are | | |
| | not allowed a deduction under section 267A? See instructions | | X |
| | If "Yes," enter the total amount of the disallowed deductions ▶ $ | | |
| 23 | Did the partnership have an election under section 163(j) for any real property trade or business or any farming | | |
| | business in effect during the tax year? See instructions | | X |
| 24 | Does the partnership satisfy one or more of the following? See instructions | | X |
| a | The partnership owns a pass-through entity with current, or prior year carryover, excess business interest expense. | | |
| b | The partnership's aggregate average annual gross receipts (determined under section 448(c)) for the 3 tax years | | |
| | preceding the current tax year are more than $26 million and the partnership has business interest. | | |
| c | The partnership is a tax shelter (see instructions) and the partnership has business interest expense. | | |
| | If "Yes" to any, complete and attach Form 8990. | | |
| 25 | Is the partnership attaching Form 8996 to certify as a Qualified Opportunity Fund? | | X |
| | If "Yes," enter the amount from Form 8996, line 15 ▶ $ | | |
| 26 | Enter the number of foreign partners subject to section 864(c)(8) as a result of transferring all or a portion of an | | |
| | interest in the partnership or receiving a distribution from the partnership ▶ | | |
| | Complete Schedule K-3 (Form 1065), Part XIII, for each foreign partner subject to section 864(c)(8) on a transfer or distribution. | | |
| 27 | At any time during the tax year, were there any transfers between the partnership and its partners subject to the | | |
| | disclosure requirements of Regulations section 1.707-8? | | X |
| 28 | Since December 22, 2017, did a foreign corporation directly or indirectly acquire substantially all of the properties | | |
| | constituting a trade or business of your partnership, and was the ownership percentage (by vote or value) for | | |
| | purposes of section 7874 greater than 50% (for example, the partners held more than 50% of the stock of | | |
| | the foreign corporation)? If "Yes," list the ownership percentage by vote and by value. See instructions. | | |
| | Percentage: By Vote _____ By Value _____ | | X |
| 29 | Is the partnership electing out of the centralized partnership audit regime under section 6221(b)? See instructions. | | X |
| | If "Yes," the partnership must complete Schedule B-2 (Form 1065). Enter the total from Schedule B-2, Part III, line 3 .... ▶ _____ | | |
| | If "No," complete Designation of Partnership Representative below. | | |

**Designation of Partnership Representative** (see instructions)
Enter below the information for the partnership representative (PR) for the tax year covered by this return.

| Name of PR ▶ | Mitzi Rivas | | |
|---|---|---|---|
| U.S. address of PR ▶ | 1499 Posen Ave Albany  CA 94706 | U.S. phone number of PR | 888-548-5822 |
| If the PR is an entity, name of the designated individual for the PR ▶ | | | |
| U.S. address of designated individual ▶ | | U.S. phone number of designated individual | |

DAA

Case: 23-40991  Doc# 1  Filed: 08/10/23  Entered: 08/10/23 21:39:18  Page 17 of 132

| Form 1065 (2021) | LIVIE and LUCA, LLC | | 39-2051701 | | Page 4 |
|---|---|---|---|---|---|

| | | **Schedule K** | Partners' Distributive Share Items | | | Total amount |
|---|---|---|---|---|---|---|

| | | | | | | Total amount |
|---|---|---|---|---|---|---|
| **Income (Loss)** | 1 | Ordinary business income (loss) (page 1, line 22) | | | 1 | −30,432 |
| | 2 | Net rental real estate income (loss) (attach Form 8825) | | | 2 | |
| | 3a | Other gross rental income (loss) | | 3a | | |
| | b | Expenses from other rental activities (attach statement) | | 3b | | |
| | c | Other net rental income (loss). Subtract line 3b from line 3a | | | 3c | |
| | 4 | Guaranteed payments: a Services | 4a | b Capital | 4b | |
| | | c Total. Add lines 4a and 4b | | | 4c | |
| | 5 | Interest income | | | 5 | 18 |
| | 6 | Dividends and dividend equivalents: a Ordinary dividends | | | 6a | |
| | | b Qualified dividends | 6b | c Dividend equivalents | 6c | |
| | 7 | Royalties | | | 7 | |
| | 8 | Net short-term capital gain (loss) (attach Schedule D (Form 1065)) | | | 8 | |
| | 9a | Net long-term capital gain (loss) (attach Schedule D (Form 1065)) | | | 9a | |
| | b | Collectibles (28%) gain (loss) | | 9b | | |
| | c | Unrecaptured section 1250 gain (attach statement) | | 9c | | |
| | 10 | Net section 1231 gain (loss) (attach Form 4797) | | | 10 | |
| | 11 | Other income (loss) (see instructions) Type ▶ | | | 11 | |
| **Deductions** | 12 | Section 179 deduction (attach Form 4562) | | | 12 | |
| | 13a | Contributions | | See Statement 5 | 13a | |
| | b | Investment interest expense | | | 13b | |
| | c | Section 59(e)(2) expenditures:(1) Type ▶ | | (2) Amount ▶ | 13c(2) | |
| | d | Other deductions (see instructions) Type ▶ | | | 13d | |
| **Self-Employ-ment** | 14a | Net earnings (loss) from self-employment | | | 14a | −30,432 |
| | b | Gross farming or fishing income | | | 14b | |
| | c | Gross nonfarm income | | | 14c | 1,452,499 |
| **Credits** | 15a | Low-income housing credit (section 42(j)(5)) | | | 15a | |
| | b | Low-income housing credit (other) | | | 15b | |
| | c | Qualified rehabilitation expenditures (rental real estate) (attach Form 3468, if applicable) | | | 15c | |
| | d | Other rental real estate credits (see instructions) | | Type ▶ | 15d | |
| | e | Other rental credits (see instructions) | | Type ▶ | 15e | |
| | f | Other credits (see instructions) | | Type ▶ See Statement 6 | 15f | 10,104 |
| **International Transactions** | 16 | Attach Schedule K-2 (Form 1065), Partners' Distributive Share Items-International, and check this box to indicate that you are reporting items of international tax relevance ▶ ☐ | | | | |
| **Alternative Minimum Tax (AMT) Items** | 17a | Post-1986 depreciation adjustment | | | 17a | |
| | b | Adjusted gain or loss | | | 17b | |
| | c | Depletion (other than oil and gas) | | | 17c | |
| | d | Oil, gas, and geothermal properties – gross income | | | 17d | |
| | e | Oil, gas, and geothermal properties – deductions | | | 17e | |
| | f | Other AMT items (attach statement) | | | 17f | |
| **Other Information** | 18a | Tax-exempt interest income | | | 18a | |
| | b | Other tax-exempt income | | See Statement 7 | 18b | 266,521 |
| | c | Nondeductible expenses | | See Statement 8 | 18c | 11,283 |
| | 19a | Distributions of cash and marketable securities | | | 19a | |
| | b | Distributions of other property | | | 19b | |
| | 20a | Investment income | | | 20a | 18 |
| | b | Investment expenses | | | 20b | |
| | c | Other items and amounts (attach statement) | | See Statement 9 | | |
| | 21 | Total foreign taxes paid or accrued | | | 21 | |

Form **1065** (2021)

Case: 23-40991   Doc# 1   Filed: 08/10/23   Entered: 08/10/23 21:39:18   Page 18 of 132

## Analysis of Net Income (Loss)

| 1 | Net income (loss). Combine Schedule K, lines 1 through 11. From the result, subtract the sum of Schedule K, lines 12 through 13d, and 21 | 1 | −30,414 |
|---|---|---|---|

| 2 | Analysis by partner type: | (i) Corporate | (ii) Individual (active) | (iii) Individual (passive) | (iv) Partnership | (v) Exempt Organization | (vi) Nominee/Other |
|---|---|---|---|---|---|---|---|
| a | General partners | | | | | | |
| b | Limited partners | | | −15,165 | | | −15,249 |

## Schedule L — Balance Sheets per Books

| Assets | | Beginning of tax year | | End of tax year | |
|---|---|---|---|---|---|
| | | (a) | (b) | (c) | (d) |
| 1 | Cash | | 622,779 | | 786,476 |
| 2a | Trade notes and accounts receivable | | | | |
| b | Less allowance for bad debts | | | | |
| 3 | Inventories | | 1,017,335 | | 630,670 |
| 4 | U.S. government obligations | | | | |
| 5 | Tax-exempt securities | | | | |
| 6 | Other current assets (attach statement) See Stmt 10 | | 54,681 | | 11,806 |
| 7a | Loans to partners (or persons related to partners) | | | | |
| b | Mortgage and real estate loans | | | | |
| 8 | Other investments (attach statement) | | | | |
| 9a | Buildings and other depreciable assets | 59,325 | | 59,325 | |
| b | Less accumulated depreciation | 59,325 | 0 | 59,325 | 0 |
| 10a | Depletable assets | | | | |
| b | Less accumulated depletion | | | | |
| 11 | Land (net of any amortization) | | | | |
| 12a | Intangible assets (amortizable only) | 101,677 | | 104,220 | |
| b | Less accumulated amortization | 40,193 | 61,484 | 54,411 | 49,809 |
| 13 | Other assets (attach statement) See Stmt 11 | | | | 181,100 |
| 14 | Total assets | | 1,756,279 | | 1,659,861 |
| | **Liabilities and Capital** | | | | |
| 15 | Accounts payable | | 52,868 | | 34,203 |
| 16 | Mortgages, notes, bonds payable in less than 1 year | | 1,099,882 | | 826,672 |
| 17 | Other current liabilities (attach statement) See Stmt 12 | | 68,471 | | 61,986 |
| 18 | All nonrecourse loans | | | | |
| 19a | Loans from partners (or persons related to partners) | | 47,650 | | 29,158 |
| b | Mortgages, notes, bonds payable in 1 year or more | | 149,900 | | 149,900 |
| 20 | Other liabilities (attach statement) | | | | |
| 21 | Partners' capital accounts | | 337,508 | | 557,942 |
| 22 | Total liabilities and capital | | 1,756,279 | | 1,659,861 |

## Schedule M-1 — Reconciliation of Income (Loss) per Books With Income (Loss) per Return

**Note:** The partnership may be required to file Schedule M-3. See instructions.

| 1 | Net income (loss) per books | 200,990 | 6 | Income recorded on books this year not included on Schedule K, lines 1 through 11 (itemize): | |
|---|---|---|---|---|---|
| 2 | Income included on Schedule K, lines 1, 2, 3c, 5, 6a, 7, 8, 9a, 10, and 11, not recorded on books this year (itemize): See Stmt 13 | 23,834 | a | Tax-exempt interest $ ........ See Statement 15 | 266,521 |
| | | 23,834 | | | 266,521 |
| 3 | Guaranteed payments (other than health insurance) | | 7 | Deductions included on Schedule K, lines 1 through 13d, and 21, not charged against book income this year (itemize): | |
| 4 | Expenses recorded on books this year not included on Schedule K, lines 1 through 13d, and 21 (itemize): | | a | Depreciation $ ........ | |
| a | Depreciation $ ........ | | | | |
| b | Travel and entertainment $ ........ See Statement 14 | 11,283 | 8 | Add lines 6 and 7 | 266,521 |
| | | 11,283 | 9 | Income (loss) (Analysis of Net Income (Loss), line 1). Subtract line 8 from line 5 | −30,414 |
| 5 | Add lines 1 through 4 | 236,107 | | | |

## Schedule M-2 — Analysis of Partners' Capital Accounts

| 1 | Balance at beginning of year | 337,508 | 6 | Distributions: a Cash | |
|---|---|---|---|---|---|
| 2 | Capital contributed: a Cash | | | b Property | |
| | b Property | | | | |
| 3 | Net income (loss) (see instructions) | 200,990 | 7 | Other decreases (itemize): | |
| 4 | Other increases (itemize): See Stmt 16 | 19,444 | | | |
| | | 19,444 | 8 | Add lines 6 and 7 | |
| 5 | Add lines 1 through 4 | 557,942 | 9 | Balance at end of year. Subtract line 8 from line 5 | 557,942 |

Case: 23-40991   Doc# 1   Filed: 08/10/23   Entered: 08/10/23 21:39:18   Page 19 of 132

Form **1125-A**

(Rev. November 2018)

Department of the Treasury
Internal Revenue Service

# Cost of Goods Sold

▶ **Attach to Form 1120, 1120-C, 1120-F, 1120S, or 1065.**
▶ **Go to** *www.irs.gov/Form1125A* **for the latest information.**

OMB No. 1545-0123

| Name | Employer identification number |
|---|---|
| LIVIE and LUCA, LLC | 39-2051701 |

| | | | |
|---|---|---|---:|
| 1 | Inventory at beginning of year | **1** | 1,017,335 |
| 2 | Purchases | **2** | 1,993,089 |
| 3 | Cost of labor | **3** | |
| 4 | Additional section 263A costs (attach schedule) | **4** | |
| 5 | Other costs (attach schedule)      See Statement 17 | **5** | 1,883,895 |
| 6 | **Total.** Add lines 1 through 5 | **6** | 4,894,319 |
| 7 | Inventory at end of year | **7** | 630,670 |
| 8 | **Cost of goods sold.** Subtract line 7 from line 6. Enter here and on Form 1120, page 1, line 2 or the appropriate line of your tax return. See instructions | **8** | 4,263,649 |

9a  Check all methods used for valuing closing inventory:

   *(i)*  [X] Cost

   *(ii)*  [ ] Lower of cost or market

   *(iii)*  [ ] Other (Specify method used and attach explanation.) ▶ .................................................

 b  Check if there was a writedown of subnormal goods .................................................................... ▶ [ ]

 c  Check if the LIFO inventory method was adopted this tax year for any goods (if checked, attach Form 970) .......... ▶ [ ]

 d  If the LIFO inventory method was used for this tax year, enter amount of closing inventory computed under LIFO | **9d** |

 e  If property is produced or acquired for resale, do the rules of section 263A apply to the entity? See instructions      [ ] Yes   [ ] No

 f  Was there any change in determining quantities, cost, or valuations between opening and closing inventory? If "Yes," attach explanation      [ ] Yes   [ ] No

**For Paperwork Reduction Act Notice, see instructions.**

Form **1125-A** (Rev. 11-2018)

**SCHEDULE B-1**
**(Form 1065)**

(Rev. August 2019)

Department of the Treasury
Internal Revenue Service

# Information on Partners Owning 50% or More of the Partnership

▶ **Attach to Form 1065.**

▶ **Go to** *www.irs.gov/Form1065* **for the latest information.**

OMB No. 1545-0123

| Name of partnership | Employer identification number (EIN) |
|---|---|
| LIVIE and LUCA, LLC | 39-2051701 |

---

**Part I** — **Entities Owning 50% or More of the Partnership** (Form 1065, Schedule B, Question 2a (Question 3a for 2009 through 2017))

Complete columns (i) through (v) below for any foreign or domestic corporation, partnership (including any entity treated as a partnership), trust, tax-exempt organization, or any foreign government that owns, directly or indirectly, an interest of 50% or more in the profit, loss, or capital of the partnership (see instructions).

| (i) Name of Entity | (ii) Employer Identification Number (if any) | (iii) Type of Entity | (iv) Country of Organization | (v) Maximum Percentage Owned in Profit, Loss, or Capital |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

---

**Part II** — **Individuals or Estates Owning 50% or More of the Partnership** (Form 1065, Schedule B, Question 2b (Question 3b for 2009 through 2017))

Complete columns (i) through (iv) below for any individual or estate that owns, directly or indirectly, an interest of 50% or more in the profit, loss, or capital of the partnership (see instructions).

| (i) Name of Individual or Estate | (ii) Identifying Number (if any) | (iii) Country of Citizenship (see instructions) | (iv) Maximum Percentage Owned in Profit, Loss, or Capital |
|---|---|---|---|
| Mitzi Rivas | ██████████ | United States | 100.000000 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**For Paperwork Reduction Act Notice, see the Instructions for Form 1065.**

Schedule B-1 (Form 1065) (Rev. 8-2019)

DAA

651121

**Partner# 1**

| [X] Final K-1 | [X] Amended K-1 | OMB No. 1545-0123 |
|---|---|---|

**Schedule K-1 (Form 1065)**

**2021**

Department of the Treasury
Internal Revenue Service

For calendar year 2021, or tax year

beginning _____ ending _____

**Partner's Share of Income, Deductions, Credits, etc.** ▶ See back of form and separate instructions.

## Part III  Partner's Share of Current Year Income, Deductions, Credits, and Other Items

| Box | Description | Amount | Box | Description | Amount |
|---|---|---|---|---|---|
| 1 | Ordinary business income (loss) | –15,174 | 14 **A** | Self-employment earnings (loss) | –15,174 |
| 2 | Net rental real estate income (loss) | | **C** | | 724,260 |
| 3 | Other net rental income (loss) | | 15 **M** | Credits | 5,038 |
| 4a | Guaranteed payments for services | | | | |
| 4b | Guaranteed payments for capital | | 16 | Schedule K-3 is attached if checked ▶ | |
| 4c | Total guaranteed payments | | 17 | Alternative minimum tax (AMT) items | |
| 5 | Interest income | 9 | | | |
| 6a | Ordinary dividends | | | | |
| 6b | Qualified dividends | | 18 | Tax-exempt income and nondeductible expenses | |
| 6c | Dividend equivalents | | **B*** | | STMT |
| 7 | Royalties | | **C*** | | STMT |
| 8 | Net short-term capital gain (loss) | | 19 | Distributions | |
| 9a | Net long-term capital gain (loss) | | | | |
| 9b | Collectibles (28%) gain (loss) | | 20 | Other information | |
| 9c | Unrecaptured section 1250 gain | | **A** | | 9 |
| 10 | Net section 1231 gain (loss) | | **N** | | STMT |
| 11 | Other income (loss) | | **Z*** | | STMT |
| | | | **AG*** | | STMT |
| 12 | Section 179 deduction | | 21 | Foreign taxes paid or accrued | |
| 13 | Other deductions | | | | |

### Part I  Information About the Partnership

**A** Partnership's employer identification number
39-2051701

**B** Partnership's name, address, city, state, and Z P code
LIVIE and LUCA, LLC

6400 HOLLIS STREET STE 15
EMERYVILLE        CA 94608

**C** IRS Center where partnership filed return ▶
e-file

**D** ☐ Check if this is a publicly traded partnership (PTP)

### Part II  Information About the Partner

**E** Partner's SSN or TIN (Do not use TIN of a disregarded entity. See instructions.)
■■■■■

**F** Name, address, city, state, and ZIP code for partner entered in E. See instructions.
Amie Garcia

33 CALVERT CT
OAKLAND        CA 94611-3435

**G** ☐ General partner or LLC member-manager     [X] Limited partner or other LLC member
**H1** [X] Domestic partner     ☐ Foreign partner
**H2** ☐ If the partner is a disregarded entity (DE), enter the partner's:
  T N _____
  Name _____

**I1** What type of entity is this partner?  Individual
**I2** If this partner is a retirement plan (IRA/SEP/Keogh/etc.), check here ▶ ☐
**J** Partner's share of profit, loss, and capital (see instructions):

| | Beginning | Ending |
|---|---|---|
| Profit | 50.000000 % | 50.000000 % |
| Loss | 50.000000 % | 50.000000 % |
| Capital | 50.000000 % | 50.000000 % |

Check if decrease is due to sale or exchange of partnership interest .......... ▶ [X]

**K** Partner's share of liabilities:

| | Beginning | Ending |
|---|---|---|
| Nonrecourse ..... $ | | $ |
| Qualified nonrecourse financing ..... $ | | $ |
| Recourse ........ $ | 707,442 | $ |

Check this box if Item K includes liability amounts from lower tier partnerships. ▶ ☐

**L** Partner's Capital Account Analysis

| | |
|---|---|
| Beginning capital account ..................... $ | 168,384 |
| Capital contributed during the year .................. $ | |
| Current year net income (loss) .................. $ | 100,220 |
| Other increase (decrease) (attach explanation) STMT $ | 19,444 |
| Withdrawals & distributions .................. $ ( ) |
| Ending capital account .................... $ | 288,048 |

**M** Did the partner contribute property with a built-in gain (loss)?
☐ Yes  [X] No   If "Yes," attach statement. See instructions.

**N** Partner's Share of Net Unrecognized Section 704(c) Gain or (Loss)
Beginning ................... $ _____
Ending ................... $ _____

| 22 | ☐ More than one activity for at-risk purposes* |
|---|---|
| 23 | ☐ More than one activity for passive activity purposes* |

*See attached statement for additional information.

For IRS Use Only

Case: 23-40991   Doc# 1   Filed: 08/10/23   Entered: 08/10/23 21:39:18   Page 22 of 132

**Partner# 2**

651121

☐ Final K-1    ☒ Amended K-1    OMB No. 1545-0123

| Schedule K-1 (Form 1065) | **2021** | Part III | Partner's Share of Current Year Income, Deductions, Credits, and Other Items |

Department of the Treasury
Internal Revenue Service

For calendar year 2021, or tax year

beginning _____ ending _____

**Partner's Share of Income, Deductions, Credits, etc.**  ► **See back of form and separate instructions.**

| | |
|---|---|
| 1 Ordinary business income (loss) | 14 Self-employment earnings (loss) |
| −15,258 | **A** −15,258 |
| 2 Net rental real estate income (loss) | **C** 728,239 |
| 3 Other net rental income (loss) | 15 Credits |
| | **M** 5,066 |

### Part I  Information About the Partnership

**A** Partnership's employer identification number
39-2051701

**B** Partnership's name, address, city, state, and Z P code
LIVIE and LUCA, LLC

6400 HOLLIS STREET STE 15
EMERYVILLE          CA 94608

| | |
|---|---|
| 4a Guaranteed payments for services | |
| 4b Guaranteed payments for capital | 16 Schedule K-3 is attached if checked ............. ► ☐ |
| 4c Total guaranteed payments | 17 Alternative minimum tax (AMT) items |
| 5 Interest income | |
| 9 | |

**C** IRS Center where partnership filed return ►
e-file

**D** ☐ Check if this is a publicly traded partnership (PTP)

| | |
|---|---|
| 6a Ordinary dividends | |
| 6b Qualified dividends | 18 Tax-exempt income and nondeductible expenses |

### Part II  Information About the Partner

**E** Partner's SSN or TIN (Do not use TIN of a disregarded entity. See instructions.)
▓▓▓▓▓

**F** Name, address, city, state, and ZIP code for partner entered in E. See instructions.
Mitzi Rivas

1499 Posen Ave
Albany          CA 94706

| | |
|---|---|
| 6c Dividend equivalents | **B\*** STMT |
| | **C\*** STMT |
| 7 Royalties | |
| 8 Net short-term capital gain (loss) | |
| 9a Net long-term capital gain (loss) | 19 Distributions |
| 9b Collectibles (28%) gain (loss) | |
| 9c Unrecaptured section 1250 gain | 20 Other information |
| | **A** 9 |
| 10 Net section 1231 gain (loss) | **N** STMT |
| 11 Other income (loss) | **Z\*** STMT |
| | **AG\*** STMT |
| 12 Section 179 deduction | 21 Foreign taxes paid or accrued |
| 13 Other deductions | |

**G** ☐ General partner or LLC member-manager    ☒ Limited partner or other LLC member
**H1** ☒ Domestic partner    ☐ Foreign partner
**H2** ☐ If the partner is a disregarded entity (DE), enter the partner's:
T N _____
Name _____

**I1** What type of entity is this partner?    Nominee - I
**I2** If this partner is a retirement plan (IRA/SEP/Keogh/etc.), check here ► ☐
**J** Partner's share of profit, loss, and capital (see instructions):

| | Beginning | Ending |
|---|---|---|
| Profit | 50.000000 % | 100.000000 % |
| Loss | 50.000000 % | 100.000000 % |
| Capital | 50.000000 % | 100.000000 % |

Check if decrease is due to sale or exchange of partnership interest ............ ► ☐

**K** Partner's share of liabilities:

| | Beginning | Ending |
|---|---|---|
| Nonrecourse ..... $ | | $ |
| Qualified nonrecourse financing ..... $ | | $ |
| Recourse ........ $ | 711,329 | $ 1,101,919 |

Check this box if Item K includes liability amounts from lower tier partnerships. ► ☐

**L** Partner's Capital Account Analysis

| | |
|---|---|
| Beginning capital account .................. $ | 169,124 |
| Capital contributed during the year ................. $ | |
| Current year net income (loss) ................. $ | 100,770 |
| Other increase (decrease) (attach explanation) .......... $ | |
| Withdrawals & distributions .................. $ ( ) | |
| Ending capital account .................. $ | 269,894 |

**M** Did the partner contribute property with a built-in gain (loss)?
☐ Yes    ☒ No    If "Yes," attach statement. See instructions.

**N** Partner's Share of Net Unrecognized Section 704(c) Gain or (Loss)
Beginning .................................. $ _____
Ending ..................................... $ _____

| | |
|---|---|
| 22 ☐ More than one activity for at-risk purposes\* | |
| 23 ☐ More than one activity for passive activity purposes\* | |

\*See attached statement for additional information.

*For IRS Use Only*

Case: 23-40991    Doc: 1    Filed: 08/10/23    Entered: 08/10/23 21:39:18    Page 23 of 132

**Form 4562**

Department of the Treasury
Internal Revenue Service (99)

# Depreciation and Amortization
## (Including Information on Listed Property)
▶ Attach to your tax return.
▶ Go to *www.irs.gov/Form4562* for instructions and the latest information.

OMB No. 1545-0172

**2021**

Attachment Sequence No. **179**

Name(s) shown on return
**LIVIE and LUCA, LLC**

Identifying number
**39-2051701**

Business or activity to which this form relates
**1065 Page 1**

## Part I — Election To Expense Certain Property Under Section 179
**Note:** If you have any listed property, complete Part V before you complete Part I.

| | | | |
|---|---|---|---|
| 1 | Maximum amount (see instructions) | 1 | 1,050,000 |
| 2 | Total cost of section 179 property placed in service (see instructions) | 2 | |
| 3 | Threshold cost of section 179 property before reduction in limitation (see instructions) | 3 | 2,620,000 |
| 4 | Reduction in limitation. Subtract line 3 from line 2. If zero or less, enter -0- | 4 | |
| 5 | Dollar limitation for tax year. Subtract line 4 from line 1. If zero or less, enter -0-. If married filing separately, see instructions | 5 | |

| 6 | (a) Description of property | (b) Cost (business use only) | (c) Elected cost |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

| | | | | |
|---|---|---|---|---|
| 7 | Listed property. Enter the amount from line 29 | 7 | | |
| 8 | Total elected cost of section 179 property. Add amounts in column (c), lines 6 and 7 | | 8 | |
| 9 | Tentative deduction. Enter the **smaller** of line 5 or line 8 | | 9 | |
| 10 | Carryover of disallowed deduction from line 13 of your 2020 Form 4562 | | 10 | |
| 11 | Business income limitation. Enter the smaller of business income (not less than zero) or line 5. See instructions | | 11 | |
| 12 | Section 179 expense deduction. Add lines 9 and 10, but don't enter more than line 11 | | 12 | |
| 13 | Carryover of disallowed deduction to 2022. Add lines 9 and 10, less line 12 ▶ | 13 | | |

**Note:** Don't use Part II or Part III below for listed property. Instead, use Part V.

## Part II — Special Depreciation Allowance and Other Depreciation (Don't include listed property. See instructions.)

| | | | |
|---|---|---|---|
| 14 | Special depreciation allowance for qualified property (other than listed property) placed in service during the tax year. See instructions | 14 | |
| 15 | Property subject to section 168(f)(1) election | 15 | |
| 16 | Other depreciation (including ACRS) | 16 | |

## Part III — MACRS Depreciation (Don't include listed property. See instructions.)

### Section A

| | | | |
|---|---|---|---|
| 17 | MACRS deductions for assets placed in service in tax years beginning before 2021 | 17 | 0 |
| 18 | If you are electing to group any assets placed in service during the tax year into one or more general asset accounts, check here ▶ ☐ | | |

### Section B—Assets Placed in Service During 2021 Tax Year Using the General Depreciation System

| (a) Classification of property | (b) Month and year placed in service | (c) Basis for depreciation (business/investment use only—see instructions) | (d) Recovery period | (e) Convention | (f) Method | (g) Depreciation deduction |
|---|---|---|---|---|---|---|
| 19a 3-year property | | | | | | |
| b 5-year property | | | | | | |
| c 7-year property | | | | | | |
| d 10-year property | | | | | | |
| e 15-year property | | | | | | |
| f 20-year property | | | | | | |
| g 25-year property | | | 25 yrs. | | S/L | |
| h Residential rental property | | | 27.5 yrs. | MM | S/L | |
| | | | 27.5 yrs. | MM | S/L | |
| i Nonresidential real property | | | 39 yrs. | MM | S/L | |
| | | | | MM | S/L | |

### Section C—Assets Placed in Service During 2021 Tax Year Using the Alternative Depreciation System

| | | | | | | |
|---|---|---|---|---|---|---|
| 20a Class life | | | | | S/L | |
| b 12-year | | | 12 yrs. | | S/L | |
| c 30-year | | | 30 yrs. | MM | S/L | |
| d 40-year | | | 40 yrs. | MM | S/L | |

## Part IV — Summary (See instructions.)

| | | | |
|---|---|---|---|
| 21 | Listed property. Enter amount from line 28 | 21 | |
| 22 | **Total.** Add amounts from line 12, lines 14 through 17, lines 19 and 20 in column (g), and line 21. Enter here and on the appropriate lines of your return. Partnerships and S corporations—see instructions | 22 | |
| 23 | For assets shown above and placed in service during the current year, enter the portion of the basis attributable to section 263A costs | 23 | |

**For Paperwork Reduction Act Notice, see separate instructions.**
DAA

Form **4562** (2021)

Case: 23-40991   Doc# 1   Filed: 08/10/23   Entered: 08/10/23 21:39:18   Page 24 of 132

**LIVIE and LUCA, LLC**    39-2051701

Form 4562 (2021)    Page **2**

| Part V | **Listed Property** (Include automobiles, certain other vehicles, certain aircraft, and property used for entertainment, recreation, or amusement.) |
|---|---|

**Note:** For any vehicle for which you are using the standard mileage rate or deducting lease expense, complete **only** 24a, 24b, columns (a) through (c) of Section A, all of Section B, and Section C if applicable.

### Section A—Depreciation and Other Information (Caution: See the instructions for limits for passenger automobiles.)

24a Do you have evidence to support the business/investment use claimed? ☐ Yes ☐ No  24b If "Yes," is the evidence written? ☐ Yes ☐ No

| (a) Type of property (list vehicles first) | (b) Date placed in service | (c) Business/ investment use percentage | (d) Cost or other basis | (e) Basis for depreciation (business/investment use only) | (f) Recovery period | (g) Method/ Convention | (h) Depreciation deduction | (i) Elected section 179 cost |
|---|---|---|---|---|---|---|---|---|
| 25 Special depreciation allowance for qualified listed property placed in service during the tax year and used more than 50% in a qualified business use. See instructions ........ **25** | | | | | | | | |
| 26 Property used more than 50% in a qualified business use: | | | | | | | | |
| | | % | | | | | | |
| | | % | | | | | | |
| 27 Property used 50% or less in a qualified business use: | | | | | | | | |
| | | % | | | S/L- | | | |
| | | % | | | S/L- | | | |
| 28 Add amounts in column (h), lines 25 through 27. Enter here and on line 21, page 1 ............ **28** | | | | | | | | |
| 29 Add amounts in column (i), line 26. Enter here and on line 7, page 1 ..................... **29** | | | | | | | | |

### Section B—Information on Use of Vehicles

Complete this section for vehicles used by a sole proprietor, partner, or other "more than 5% owner," or related person. If you provided vehicles to your employees, first answer the questions in Section C to see if you meet an exception to completing this section for those vehicles.

| | | (a) Vehicle 1 | (b) Vehicle 2 | (c) Vehicle 3 | (d) Vehicle 4 | (e) Vehicle 5 | (f) Vehicle 6 |
|---|---|---|---|---|---|---|---|
| 30 | Total business/investment miles driven during the year (**don't** include commuting miles) ......... | | | | | | |
| 31 | Total commuting miles driven during the year ...... | | | | | | |
| 32 | Total other personal (noncommuting) miles driven ............ | | | | | | |
| 33 | Total miles driven during the year. Add lines 30 through 32 ......... | | | | | | |
| 34 | Was the vehicle available for personal use during off-duty hours? ................. | Yes No | Yes No | Yes No | Yes No | Yes No | Yes No |
| 35 | Was the vehicle used primarily by a more than 5% owner or related person? ............ | | | | | | |
| 36 | Is another vehicle available for personal use? ...... | | | | | | |

### Section C—Questions for Employers Who Provide Vehicles for Use by Their Employees

Answer these questions to determine if you meet an exception to completing Section B for vehicles used by employees who **aren't** more than 5% owners or related persons. See instructions.

| | Yes | No |
|---|---|---|
| 37 Do you maintain a written policy statement that prohibits all personal use of vehicles, including commuting, by your employees? | | |
| 38 Do you maintain a written policy statement that prohibits personal use of vehicles, except commuting, by your employees? See the instructions for vehicles used by corporate officers, directors, or 1% or more owners ............ | | |
| 39 Do you treat all use of vehicles by employees as personal use? .......... | | |
| 40 Do you provide more than five vehicles to your employees, obtain information from your employees about the use of the vehicles, and retain the information received? ............ | | |
| 41 Do you meet the requirements concerning qualified automobile demonstration use? See instructions ............ | | |

**Note:** If your answer to 37, 38, 39, 40, or 41 is "Yes," don't complete Section B for the covered vehicles.

| Part VI | **Amortization** |
|---|---|

| (a) Description of costs | (b) Date amortization begins | (c) Amortizable amount | (d) Code section | (e) Amortization period or percentage | (f) Amortization for this year |
|---|---|---|---|---|---|
| 42 Amortization of costs that begins during your 2021 tax year (see instructions): | | | | | |
| **Loan Fees 2021** | 06/29/21 | 2,543 | 461 | 5.0 | 297 |
| 43 Amortization of costs that began before your 2021 tax year ................ **43** | | | | | 13,921 |
| 44 **Total.** Add amounts in column (f). See the instructions for where to report ........ **44** | | | | | 14,218 |

DAA

| Form **6765** | **Credit for Increasing Research Activities** | OMB No. 1545-0619 |
|---|---|---|
| (Rev. December 2020) Department of the Treasury Internal Revenue Service | ▶ **Attach to your tax return.** ▶ Go to *www.irs.gov/Form6765* for instructions and the latest information. | Attachment Sequence No. **676** |

| Name(s) shown on return | Identifying number |
|---|---|
| LIVIE and LUCA, LLC | 39-2051701 |

**Section A – Regular Credit.** Skip this section and go to Section B if you are electing or previously elected (and are not revoking) the alternative simplified credit.

| | | | | |
|---|---|---|---|---:|
| 1 | Certain amounts paid or incurred to energy consortia (see instructions) | | **1** | |
| 2 | Basic research payments to qualified organizations (see instructions) | **2** | | |
| 3 | Qualified organization base period amount | **3** | | |
| 4 | Subtract line 3 from line 2. If zero or less, enter -0- | | **4** | 0 |
| 5 | Wages for qualified services (do not include wages used in figuring the work opportunity credit) | **5** | | |
| 6 | Cost of supplies | **6** | 16,066 | |
| 7 | Rental or lease costs of computers (see instructions) | **7** | | |
| 8 | Enter the applicable percentage of contract research expenses. See instructions | **8** | 84,972 | |
| 9 | Total qualified research expenses. Add lines 5 through 8 | **9** | 101,038 | |
| 10 | Enter fixed-base percentage, but not more than 16% (0.16) (see instructions) | **10** | % | |
| 11 | Enter average annual gross receipts. See instructions | **11** | | |
| 12 | Multiply line 11 by the percentage on line 10 | **12** | | |
| 13 | Subtract line 12 from line 9. If zero or less, enter -0- | **13** | 101,038 | |
| 14 | Multiply line 9 by 50% (0.50) | **14** | 50,519 | |
| 15 | Enter the **smaller** of line 13 or line 14 | | **15** | 50,519 |
| 16 | Add lines 1, 4, and 15 | | **16** | 50,519 |
| 17 | Are you electing the reduced credit under section 280C? ▶ Yes ☐ No ☒ If "Yes," multiply line 16 by 15.8% (0.158). If "No," multiply line 16 by 20% (0.20) and see the instructions for the statement that must be attached. Members of controlled groups or businesses under common control, see instructions for the statement that must be attached | | **17** | 10,104 |

**Section B – Alternative Simplified Credit.** Skip this section if you are completing Section A.

| | | | | |
|---|---|---|---|---|
| 18 | Certain amounts paid or incurred to energy consortia (see the line 1 instructions) | | **18** | |
| 19 | Basic research payments to qualified organizations (see the line 2 instructions) | **19** | | |
| 20 | Qualified organization base period amount (see the line 3 instructions) | **20** | | |
| 21 | Subtract line 20 from line 19. If zero or less, enter -0- | | **21** | |
| 22 | Add lines 18 and 21 | | **22** | |
| 23 | Multiply line 22 by 20% (0.20) | | **23** | |
| 24 | Wages for qualified services (do not include wages used in figuring the work opportunity credit) | **24** | | |
| 25 | Cost of supplies | **25** | | |
| 26 | Rental or lease costs of computers (see the line 7 instructions) | **26** | | |
| 27 | Enter the applicable percentage of contract research expenses. See the line 8 instructions | **27** | | |
| 28 | Total qualified research expenses. Add lines 24 through 27 | **28** | | |
| 29 | Enter your total qualified research expenses for the prior 3 tax years. If you had no qualified research expenses in any one of those years, skip lines 30 and 31 | **29** | | |
| 30 | Divide line 29 by 6.0 | **30** | | |
| 31 | Subtract line 30 from line 28. If zero or less, enter -0- | **31** | | |
| 32 | Multiply line 31 by 14% (0.14). If you skipped lines 30 and 31, multiply line 28 by 6% (0.06) | | **32** | |
| 33 | Add lines 23 and 32 | | **33** | |
| 34 | Are you electing the reduced credit under section 280C? ▶ Yes ☐ No ☐ If "Yes," multiply line 33 by 79% (0.79). If "No," enter the amount from line 33 and see the line 17 instructions for the statement that must be attached. Members of controlled groups or businesses under common control: see instructions for the statement that must be attached | | **34** | |

For Paperwork Reduction Act Notice, see separate instructions.

Form **6765** (Rev. 12-2020)

Form 6765 (Rev. 12-2020)    **LIVIE and LUCA, LLC**                    39-2051701                                    Page **2**

**Section C—Current Year Credit**

| | | | |
|---|---|---|---|
| 35 | Enter the portion of the credit from Form 8932, line 2, that is attributable to wages that were also used to figure the credit on line 17 or line 34 (whichever applies) | 35 | |
| 36 | Subtract line 35 from line 17 or line 34 (whichever applies). If zero or less, enter -0- | 36 | 10,104 |
| 37 | Credit for increasing research activities from partnerships, S corporations, estates, and trusts | 37 | |
| 38 | Add lines 36 and 37 | 38 | 10,104 |
| | • Estates and trusts, go to line 39. | | |
| | • Partnerships and S corporations not electing the payroll tax credit, stop here and report this amount on Schedule K. | | |
| | • Partnerships and S corporations electing the payroll tax credit, complete Section D and report on Schedule K the amount on this line reduced by the amount on line 44. | | |
| | • Eligible small businesses, stop here and report the credit on Form 3800, Part III, line 4i. See instructions for the definition of eligible small business. | | |
| | • Filers other than eligible small businesses, stop here and report the credit on Form 3800, Part III, line 1c. | | |
| | **Note:** Qualified small business filers, other than partnerships and S corporations, electing the payroll tax credit must complete Form 3800 before completing Section D. | | |
| 39 | Amount allocated to beneficiaries of the estate or trust (see instructions) | 39 | |
| 40 | Estates and trusts, subtract line 39 from line 38. For eligble small businesses, report the credit on Form 3800, Part III, line 4i. See instructions. For filers other than eligible small businesses, report the credit on Form 3800, Part III, line 1c | 40 | |

**Section D—Qualified Small Business Payroll Tax Election and Payroll Tax Credit.** Skip this section if the payroll tax election does not apply. See instructions.

| | | | |
|---|---|---|---|
| 41 | Check this box if you are a qualified small business electing the payroll tax credit. See instructions | ☐ | |
| 42 | Enter the portion of line 36 elected as a payroll tax credit (do not enter more than $250,000). See instructions | 42 | |
| 43 | General business credit carryforward from the current year (see instructions). Partnerships and S corporations skip this line and go to line 44 | 43 | |
| 44 | Partnerships and S corporations, enter the smaller of line 36 or line 42. All others, enter the smallest of line 36, line 42, or line 43. Enter here and on the applicable line of Form 8974, Part 1, column (e). Members of controlled groups or businesses under common control, see instructions for the statement that must be attached | 44 | |

Form **6765** (Rev. 12-2020)

DAA

| | | **Section 199A Information Worksheet** | **2021** |
|---|---|---|---|
| Schedule **K** | | For calendar year 2021 or tax year beginning , ending | |

| Partnership Name | Employer Identification Number |
|---|---|
| **LIVIE and LUCA, LLC** | **39-2051701** |

| | Activity Description | Pass-through Entity EIN | Aggr. Number | SSTB | PTP |
|---|---|---|---|---|---|
| **Column A** .......... | **1065 Page 1** | | | | |
| **Column B** .......... | | | | | |
| **Column C** .......... | | | | | |
| **Column D** .......... | | | | | |
| **Column E** .......... | | | | | |

| | Column A | Column B | Column C | Column D | Column E |
|---|---|---|---|---|---|
| **QBI or Qualified PTP items:** | | | | | |
| Ordinary business income (loss) | -30,432 | | | | |
| Net rental real estate income (loss) | | | | | |
| Other net rental income (loss) | | | | | |
| Royalties | | | | | |
| Section 1231 gain (loss) | | | | | |
| Other income (loss) | | | | | |
| Section 179 deduction | | | | | |
| Other deductions | | | | | |
| **W-2 wages** | 421,015 | | | | |
| **Qualified property** | 59,325 | | | | |
| | | | | | |
| **Other Information:** | | | | | |
| QBI alloc to co-op pmts received | | | | | |
| W-2 wages alloc to qualified pmts | | | | | |
| Section 199A(g) deduction | | | | | |

**Section 199A REIT dividends**

Case: 23-40991   Doc# 1   Filed: 08/10/23   Entered: 08/10/23 21:39:18   Page 28 of 132

**Partner# 1**

| Schedule **K-1** | **Partner's Section 199A Information Worksheet**<br>For calendar year 2021 or tax year beginning                , ending | **2021** |
|---|---|---|

| Partnership Name<br>**LIVIE and LUCA, LLC** | Employer Identification Number<br>**39-2051701** |
|---|---|
| Partner's Name<br>**Amie Garcia** | Taxpayer Identification Number<br>████████ |

### Schedule K-1, Box 20, Code Z - Section 199A Information

|  | Activity Description | Pass-through Entity EIN | Aggr.<br>Number | SSTB | PTP |
|---|---|---|---|---|---|
| **Column A** | ......... 1065 Page 1 | | | | |
| **Column B** | ......... _____ | | | | |
| **Column C** | ......... _____ | | | | |
| **Column D** | ......... _____ | | | | |
| **Column E** | ......... _____ | | | | |

|  | Column A | Column B | Column C | Column D | Column E |
|---|---|---|---|---|---|
| **QBI or Qualified PTP items:** | | | | | |
| Ordinary business income (loss) | -15,174 | | | | |
| Net rental real estate income (loss) | | | | | |
| Other net rental income (loss) | | | | | |
| Royalties | | | | | |
| Section 1231 gain (loss) | | | | | |
| Other income (loss) | | | | | |
| Section 179 deduction | | | | | |
| Other deductions | | | | | |
| **W-2 wages** | 209,931 | | | | |
| **Qualified property** | 29,581 | | | | |
| | | | | | |
| **Other Information:** | | | | | |
| QBI alloc to co-op pmts received | | | | | |
| W-2 wages alloc to qualified pmts | | | | | |
| Section 199A(g) deduction | | | | | |
| | | | | | |
| **Section 199A REIT dividends** | | | | | |

**Page 1 of 1**

**Partner# 2**

| Schedule **K-1** | **Partner's Section 199A Information Worksheet** For calendar year 2021 or tax year beginning , ending | **2021** |
|---|---|---|

| Partnership Name **LIVIE and LUCA, LLC** | Employer Identification Number **39-2051701** |
|---|---|
| Partner's Name **Mitzi Rivas** | Taxpayer Identification Number ▮▮▮▮▮▮▮▮ |

## Schedule K-1, Box 20, Code Z - Section 199A Information

| | Activity Description | Pass-through Entity EIN | Aggr. Number | SSTB | PTP |
|---|---|---|---|---|---|
| **Column A** ......... | **1065 Page 1** | | | | |
| **Column B** ......... | | | | | |
| **Column C** ......... | | | | | |
| **Column D** ......... | | | | | |
| **Column E** ......... | | | | | |

| | Column A | Column B | Column C | Column D | Column E |
|---|---|---|---|---|---|
| **QBI or Qualified PTP items:** | | | | | |
| Ordinary business income (loss) | -15,258 | | | | |
| Net rental real estate income (loss) | | | | | |
| Other net rental income (loss) | | | | | |
| Royalties | | | | | |
| Section 1231 gain (loss) | | | | | |
| Other income (loss) | | | | | |
| Section 179 deduction | | | | | |
| Other deductions | | | | | |
| **W-2 wages** | 211,084 | | | | |
| **Qualified property** | 29,744 | | | | |
| | | | | | |
| **Other Information:** | | | | | |
| QBI alloc to co-op pmts received | | | | | |
| W-2 wages alloc to qualified pmts | | | | | |
| Section 199A(g) deduction | | | | | |
| | | | | | |
| **Section 199A REIT dividends** | | | | | |

Case: 23-40991    Doc# 1    Filed: 08/10/23    Entered: 08/10/23 21:39:18    Page 30 of 132

**Federal  Statements**

6/21/2023  2:44 PM

### Statement 1 - Form 1065, Page 1, Line G(5) - Reason for Amended Return

| Description |
| --- |
| Amending for Employee retention credit received in 2022 |

### Statement 2 - Form 1065, Page 1, Line 7 - Other Income (Loss)

| Description | Amount |
| --- | --- |
| Credit Card Rewards | $ 24,334 |
| Total | $ 24,334 |

### Statement 3 - Form 1065, Page 1, Line 15 - Interest

| Description | Amount |
| --- | --- |
| Interest Expense | $ 45,406 |
| Total | $ 45,406 |

### Statement 4 - Form 1065, Page 1, Line 20 - Other Deductions

| Description | Amount |
| --- | --- |
| Auto | $ 5 |
| Gifts | 1,100 |
| Computer and Internet | 48,539 |
| Dues & Subscriptions | 31,652 |
| Insurance - General | 14,980 |
| Professional Development | 300 |
| Research & Development | 453 |
| Travel | 1,393 |
| Office expense | 1,335 |
| Postage | 720 |
| Telephone | 6,750 |
| Employee Expenses | 209 |
| Payroll Processing | 5,305 |
| Advertising | 457,878 |
| Bank Charge | 1,630 |
| Marketing | 76,082 |
| Product Design | 459 |
| Photography | 31,523 |
| Legal Fees | 9,533 |
| Accounting Fees | 62,658 |
| Outside Services | 126,951 |
| Misc Expense | 189 |
| Meals (100%) | 30 |
| Amortization | 14,218 |
| Research Credit | -10,104 |
| Total | $ 883,788 |

1-4

<u>**Statement 5 - Form 1065, Schedule K, Line 13a - Contributions**</u>

| Description | 100% | 60% | 50% | 30% | 20% | Total |
|---|---|---|---|---|---|---|
| Charitable contributions | $ | $ | $ | $ | $ | $ |
| Total | $ 0 | $ 0 | $ 0 | $ 0 | $ 0 | $ 0 |

## Statement 6 - Form 1065, Schedule K, Line 15f - Other Credits

| Description | Amount |
|---|---|
| Research Credit | $ 10,104 |
| Total | $ 10,104 |

## Statement 7 - Form 1065, Schedule K, Line 18b - Other Tax-Exempt Income

| Description | Amount |
|---|---|
| PPP Forgiveness | $ 261,521 |
| EIDL Advance | 5,000 |
| Total | $ 266,521 |

## Statement 8 - Form 1065, Schedule K, Line 18c - Nondeductible Expenses

| Description | Amount |
|---|---|
| Tax Credit Adjustment | $ 10,104 |
| Penalties | 1,179 |
| Total | $ 11,283 |

## Statement 9 - Form 1065, Schedule K, Line 20c - Other Items and Amounts

| Description | Amount |
|---|---|
| See attached Section 199A Information Worksheet | $ |

## Statement 10 - Form 1065, Schedule L, Line 6 - Other Current Assets

| Description | Beginning of Year | End of Year |
|---|---|---|
| Prepaid Expenses | $ 54,681 | $ 9,266 |
| Other Current Assets | | 2,540 |
| Total | $ 54,681 | $ 11,806 |

## Statement 11 - Form 1065, Schedule L, Line 13 - Other Assets

| Description | Beginning of Year | End of Year |
|---|---|---|
| ERC Receivable | $ | $ 181,100 |
| Total | $ 0 | $ 181,100 |

6-11

### Statement 12 - Form 1065, Schedule L, Line 17 - Other Current Liabilities

| Description | Beginning of Year | End of Year |
|---|---|---|
| Credit Card | $        60,357 | $        56,785 |
| Accrued Expenses | 8,114 | 5,201 |
| Total | $        68,471 | $        61,986 |

### Statement 13 - Form 1065, Schedule M-1, Line 2 - Income Included on Sch K, Not on Books

| Description | Amount |
|---|---|
| Accrual to Cash | $        23,834 |
| Total | $        23,834 |

### Statement 14 - Form 1065, Schedule M-1, Line 4 - Expenses Recorded on Books, Not on Sch K

| Description | Amount |
|---|---|
| Penalties | $         1,179 |
| Tax Credit Adjustment | 10,104 |
| Total | $        11,283 |

### Statement 15 - Form 1065, Schedule M-1, Line 6 - Income Recorded on Books, Not on Sch K

| Description | Amount |
|---|---|
| PPP Forgiveness | $       261,521 |
| EIDL Advance | 5,000 |
| Total | $       266,521 |

### Statement 16 - Form 1065, Schedule M-2, Line 4 - Other Increases

| Description | Amount |
|---|---|
| Owner Loan Repayment | $        19,444 |
| Total | $        19,444 |

Case: 23-40991   Doc# 1   Filed: 08/10/23   Entered: 08/10/23 21:39:18   Page 34 of
132

## Statement 17 - Form 1125-A, Line 5 - Other Costs

| Description | Amount |
|---|---|
| Freight In | $ 465,840 |
| Other Costs | 8,902 |
| Commissions | 89,848 |
| Freight Out | 601,004 |
| Fullfillment | 280,829 |
| Merchant Fees | 206,688 |
| Sales Tax Expense | 230,784 |
| Total | $ 1,883,895 |

# Federal  Statements
## Amie  Garcia

## Schedule K-1, Item L - Other Increases (Decreases)

| Description | Amount |
|---|---|
| Owner Loan Repayment | $ 19,444 |
| Total | $ 19,444 |

## Schedule K-1, Line 18 - Tax-Exempt Income and Nondeductible Expenses

| Code | Description | Amount |
|---|---|---|
| B | PPP Forgiveness | $ 130,402 |
| B | EIDL Advance | 2,493 |
| C | Penalties | 588 |
| C | Tax Credit Adjustment | 5,038 |

## Schedule K-1, Line 20 - Other Information

| Code | Description | Amount |
|---|---|---|
| N | Schedule K-1, Line 1 Business Interest Expense | $ 22,641 |
| AG | Gross Receipts for 2021 | 2,850,253 |
| AG | Gross Receipts for 2020 | 3,032,175 |
| AG | Gross Receipts for 2019 | 3,309,934 |

# Federal  Statements
## Mitzi Rivas

### Schedule K-1, Line 18 - Tax-Exempt Income and Nondeductible Expenses

| Code | Description | Amount |
|---|---|---|
| B | PPP Forgiveness | $ 131,119 |
| B | EIDL Advance | 2,507 |
| C | Penalties | 591 |
| C | Tax Credit Adjustment | 5,066 |

### Schedule K-1, Line 20 - Other Information

| Code | Description | Amount |
|---|---|---|
| N | Schedule K-1, Line 1 Business Interest Expense | $ 22,765 |
| AG | Gross Receipts for 2021 | 2,865,913 |
| AG | Gross Receipts for 2020 | 3,048,835 |
| AG | Gross Receipts for 2019 | 3,328,120 |

# Self-Employment Worksheet

| Schedule **K** | For calendar year 2021, or tax year beginning _____ , and ending _____ | **2021** |
|---|---|---|

| Partnership Name | Employer Identification Number |
|---|---|
| **LIVIE and LUCA, LLC** | **39-2051701** |

| | Schedule K-1 Passthrough | |
|---|---|---|
| Activity Description | EIN | Entity Type |
| A **1065 Page 1** | | |
| B | | |
| C | | |

| | | A | B | C |
|---|---|---|---|---|
| **1a.** | Ordinary business income (loss) (Schedule K, line 1) | **-30,432** | | |
| **b.** | Net income (loss) from certain rental real estate activities (see instructions) | | | |
| **c.** | Other net rental income (loss) (Schedule K, line 3c) | | | |
| **d.** | Net loss from Form 4797, Part II, line 17, included on line 1a above. Enter as a positive amount. | | | |
| **e.** | Combine lines 1a through 1d | **-30,432** | | |
| **2.** | Net gain from Form 4797, Part II, line 17, included on line 1a above | | | |
| **3a.** | Subtract line 2 from line 1e. If line 1e is a loss, increase the loss on line 1e by the amount on line 2. | **-30,432** | | |
| **b.** | Part of line 3a allocated to limited partners, estates, trusts, corporations, exempt organizations, and IRAs | | | |
| **c.** | Subtract line 3b from line 3a. If line 3a is a loss, reduce the loss on line 3a by the amount on line 3b. Include each individual general partner's share in box 14 of Schedule K-1, using code A. | **-30,432** | | |
| **4a.** | Guaranteed payments to partners (Schedule K, line 4c) derived from a trade or business as defined in section 1402(c) (see instructions) | | | |
| **b.** | Part of line 4a allocated to individual limited partners for other than services and to estates, trusts, corporations, exempt organizations, and IRAs | | | |
| **c.** | Subtract line 4b from line 4a. Include each individual general partner's share and each individual limited partner's share in box 14 of Schedule K-1, using code A. | | | |
| **5.** | Net earnings (loss) from self-employment. Combine lines 3c and 4c. Enter here and on Schedule K, line 14a. | **-30,432** | | |

**Page 1 of 1**

**Partner# 1**

| | Analysis of Partner's K-1, Current Year Net Income (Loss) Worksheet | |
|---|---|---|
| Schedule **K-1** | For calendar year 2021, or tax year beginning _____, and ending _____ | **2021** |

| Partnership Name | Employer Identification Number |
|---|---|
| **LIVIE and LUCA, LLC** | **39-2051701** |

| Partner's Name | Taxpayer Identification Number |
|---|---|
| **Amie Garcia** | ████████ |

Items Included in Current Year Income (Loss):

**Net Income per Books**        100,220

**Total per Schedule K-1, Current Year Net Income (Loss)**        100,220

                                              ============

**Partner# 2**

| | **Analysis of Partner's K-1, Current Year Net Income (Loss) Worksheet** | |
|---|---|---|
| Schedule **K-1** | For calendar year 2021, or tax year beginning _____, and ending _____ | **2021** |

| Partnership Name | Employer Identification Number |
|---|---|
| **LIVIE and LUCA, LLC** | **39-2051701** |

| Partner's Name | Taxpayer Identification Number |
|---|---|
| **Mitzi Rivas** | ███████ |

Items Included in Current Year Income (Loss):

**Net Income per Books**       **100,770**

**Total per Schedule K-1, Current Year Net Income (Loss)**       **100,770**

           ============

**Partner# 1**

# Partner's Self-Employment Worksheet

Schedule **K-1**

For calendar year 2021, or tax year beginning _____, and ending _____

**2021**

| Partnership Name | Employer Identification Number |
|---|---|
| **LIVIE and LUCA, LLC** | **39-2051701** |
| Partner's Name | Taxpayer Identification Number |
| **Amie Garcia** | ███████████ |

| | Activity Description | Activity Disposed | EIN | Schedule K-1 Passthrough Entity Type | PTP |
|---|---|---|---|---|---|
| | | | | B | C |
| A | 1065 Page 1 | | A | | |
| B | | | | | |
| C | | | | | |

|  |  | A | B | C |
|---|---|---|---|---|
| **1a.** | Ordinary business income (loss) (Schedule K, line 1) | −15,174 | | |
| **b.** | Net income (loss) from certain rental real estate activities (see instructions) | | | |
| **c.** | Other net rental income (loss) (Schedule K, line 3c) | | | |
| **d.** | Net loss from Form 4797, Part II, line 17, included on line 1a above. Enter as a positive amount. | | | |
| **e.** | Combine lines 1a through 1d | −15,174 | | |
| **2.** | Net gain from Form 4797, Part II, line 17, included on line 1a above | | | |
| **3a.** | Subtract line 2 from line 1e. If line 1e is a loss, increase the loss on line 1e by the amount on line 2. | −15,174 | | |
| **4a.** | Guaranteed payments to partners (Schedule K, line 4c) derived from a trade or business as defined in section 1402(c) (see instructions) | | | |
| **5.** | Net earnings (loss) from self-employment. Combine lines 3a and 4a. Enter here and on Schedule K-1, Box 14, code A. | −15,174 | | |

Case: 23-40991   Doc# 1   Filed: 08/10/23   Entered: 08/10/23 21:39:18   Page 41 of 132

**Partner# 2**

# Partner's Self-Employment Worksheet

Schedule **K-1**

For calendar year 2021, or tax year beginning _____ , and ending _____

**2021**

| | |
|---|---|
| Partnership Name<br>**LIVIE and LUCA, LLC** | Employer Identification Number<br>**39-2051701** |
| Partner's Name<br>**Mitzi Rivas** | Taxpayer Identification ▮▮▮er |

| | Activity Description | Activity Disposed | EIN | Schedule K-1 Passthrough Entity Type | PTP |
|---|---|---|---|---|---|
| **A** | 1065 Page 1 | | | | |
| **B** | | | | | |
| **C** | | | | | |

| | | A | B | C |
|---|---|---|---|---|
| **1a.** | Ordinary business income (loss) (Schedule K, line 1) | –15,258 | | |
| **b.** | Net income (loss) from certain rental real estate activities (see instructions) | | | |
| **c.** | Other net rental income (loss) (Schedule K, line 3c) | | | |
| **d.** | Net loss from Form 4797, Part II, line 17, included on line 1a above. Enter as a positive amount. | | | |
| **e.** | Combine lines 1a through 1d | –15,258 | | |
| **2.** | Net gain from Form 4797, Part II, line 17, included on line 1a above | | | |
| **3a.** | Subtract line 2 from line 1e. If line 1e is a loss, increase the loss on line 1e by the amount on line 2. | –15,258 | | |
| **4a.** | Guaranteed payments to partners (Schedule K, line 4c) derived from a trade or business as defined in section 1402(c) (see instructions) | | | |
| **5.** | Net earnings (loss) from self-employment. Combine lines 3a and 4a. Enter here and on Schedule K-1, Box 14, code A. | –15,258 | | |

Page 1 of 1

## Partner's Basis Worksheet, Page 1

| Schedule **K-1** | For calendar year 2021, or tax year beginning | , and ending | **2021** |
|---|---|---|---|

| Partnership Name | Employer Identification Number |
|---|---|
| **LIVIE and LUCA, LLC** | **39-2051701** |

| Partner's Name | Taxpayer Identification Number |
|---|---|
| **Amie Garcia** | |

| | | | | |
|---|---|---|---|---|
| **Beginning of year** | | | | 810,301 |
| Capital contributions: | Cash | | | |
| | Property (adjusted basis) | | | |
| Income items: | Ordinary business income | | | |
| | Net rental real estate income | | | |
| | Other net rental income | | | |
| | Interest | | 9 | |
| | Dividends | | | |
| | Royalties | | | |
| | Net short-term capital gain | | | |
| | Net long-term capital gain | | | |
| | Net section 1231 gain | | | |
| | Other portfolio income | | | |
| | Other income | | | |
| | Tax-exempt interest and other tax-exempt income | 132,895 | | 132,904 |
| Excess depletion | | | | |
| Transfer of capital | | | | |
| Gain on disposition of section 179 assets | | | | |
| Other increases | | | | |
| Distributions: | Cash | | | |
| | Property (adjusted basis) | | ( | ) |
| Change in liabilities: | Current year | | | |
| | Prior year | (709,386) | | -709,386 |
| **Subtotal** | | | | 233,819 |
| Distribution in excess of partner basis | | | | |
| Noncapital expenses: Nondeductible expenses | | | | 5,626 |
| Deductible losses: | Ordinary business loss | | 15,174 | |
| | Net rental real estate loss | | | |
| | Other net rental loss | | | |
| | Royalties | | | |
| | Net short-term capital loss | | | |
| | Net long-term capital loss | | | |
| | Net section 1231 loss | | | |
| | Other portfolio loss | | | |
| | Other losses | | | |
| | Section 179 deduction | | | |
| | Charitable contributions | | | |
| | Investment interest expense | | | |
| | Section 59(e)(2) expenditures | | | |
| | Portfolio income deductions | | | |
| | Other deductions | | | |
| | Foreign taxes | | | |
| | Loss on disposition of section 179 assets | | | |
| | Depletion | | | 15,174 |
| Other decreases | | | | |
| **End of year** | | | | 213,019 |

Note to partner: This worksheet was prepared based on partnership records. Please consult with your tax advisor for adjustments.

**Partner# 2**

# Partner's Basis Worksheet, Page 1

| Schedule **K-1** | For calendar year 2021, or tax year beginning , and ending | **2021** |
|---|---|---|

| Partnership Name | Employer Identification Number |
|---|---|
| **LIVIE and LUCA, LLC** | **39-2051701** |

| Partner's Name | Taxpayer Identification Number |
|---|---|
| **Mitzi Rivas** | ▉ |

| | | | |
|---|---|---|---|
| **Beginning of year** | | | 669,095 |
| Capital contributions: | Cash | | |
| | Property (adjusted basis) | | |
| Income items: | Ordinary business income | | |
| | Net rental real estate income | | |
| | Other net rental income | | |
| | Interest | 9 | |
| | Dividends | | |
| | Royalties | | |
| | Net short-term capital gain | | |
| | Net long-term capital gain | | |
| | Net section 1231 gain | | |
| | Other portfolio income | | |
| | Other income | | |
| | Tax-exempt interest and other tax-exempt income | 133,626 | 133,635 |
| Excess depletion | | | |
| Transfer of capital | | | |
| Gain on disposition of section 179 assets | | | |
| Other increases | | | |
| Distributions: | Cash | | |
| | Property (adjusted basis) | | ( ) |
| Change in liabilities: | Current year | 1,101,919 | |
| | Prior year | (709,385) | 392,534 |
| **Subtotal** | | | 1,195,264 |
| Distribution in excess of partner basis | | | |
| Noncapital expenses: Nondeductible expenses | | | 5,657 |
| Deductible losses: | Ordinary business loss | 15,258 | |
| | Net rental real estate loss | | |
| | Other net rental loss | | |
| | Royalties | | |
| | Net short-term capital loss | | |
| | Net long-term capital loss | | |
| | Net section 1231 loss | | |
| | Other portfolio loss | | |
| | Other losses | | |
| | Section 179 deduction | | |
| | Charitable contributions | | |
| | Investment interest expense | | |
| | Section 59(e)(2) expenditures | | |
| | Portfolio income deductions | | |
| | Other deductions | | |
| | Foreign taxes | | |
| | Loss on disposition of section 179 assets | | |
| | Depletion | | 15,258 |
| Other decreases | | | |
| **End of year** | | | 1,174,349 |

Note to partner: This worksheet was prepared based on partnership records. Please consult with your tax advisor for adjustments.

# Schedule K-1 Summary Worksheet

| Form **1065** | For calendar year 2021, or tax year beginning | , and ending | **2021** |

| Partnership Name | Employer Identification Number |

**LIVIE and LUCA, LLC**  **39-2051701**

| | Partner Name | SSN/EIN |
|---|---|---|
| **Column A** | Amie Garcia | |
| **Column B** | Mitzi Rivas | |
| **Column C** | | |
| **Column D** | | |

| | Schedule K Items | Column A | Column B | Column C | Column D | Sch K Total |
|---|---|---|---|---|---|---|
| 1 | Ordinary income | -15,174 | -15,258 | | | -30,432 |
| 2 | Net income-rent | | | | | |
| 3c | Net inc-oth rent | | | | | |
| 4a | Guar pmts services | | | | | |
| 4b | Guar pmts capital | | | | | |
| 5 | Interest income | 9 | 9 | | | 18 |
| 6a | Ordinary dividends | | | | | |
| 6b | Qual dividends | | | | | |
| 6c | Dividend equivalents | | | | | |
| 7 | Royalties | | | | | |
| 8 | Net ST capital gain | | | | | |
| 9a | Net LT capital gain | | | | | |
| 9b | Collectibles 28% gain | | | | | |
| 9c | Unrecap sec 1250 | | | | | |
| 10 | Net sec 1231 gain | | | | | |
| 11 | Other income | | | | | |
| 12 | Sec 179 deduction | | | | | |
| 13a | Contr butions | | | | | |
| 13b | Invest interest exp | | | | | |
| 13c | Sec 59(e)(2) exp | | | | | |
| 13d | Other deductions | | | | | |
| 14a | Net SE earnings | -15,174 | -15,258 | | | -30,432 |
| 14b | Gross farming inc | | | | | |
| 14c | Gross nonfarm inc | 724,260 | 728,239 | | | 1,452,499 |
| 15a | Low-inc house 42j5 | | | | | |
| 15b | Low-inc house other | | | | | |
| 15c | Qual rehab exp | | | | | |
| 15d | Rental RE credits | | | | | |
| 15e | Other rental credits | | | | | |
| 15f | Other credits | 5,038 | 5,066 | | | 10,104 |
| 17a | Depr adjustment | | | | | |
| 17b | Adj gain or loss | | | | | |
| 17c | Depletion | | | | | |
| 17d | Inc-oil/gas/geoth | | | | | |
| 17e | Ded-oil/gas/geoth | | | | | |
| 17f | Other AMT items | | | | | |
| 18a | Tax-exempt int | | | | | |
| 18b | Other tax-exempt | 132,895 | 133,626 | | | 266,521 |
| 18c | Nonded expense | 5,626 | 5,657 | | | 11,283 |
| 19a | Cash distributions | | | | | |
| 19b | Property distr butions | | | | | |
| 20a | Invest income | 9 | 9 | | | 18 |
| 20b | Invest expense | | | | | |
| 21 | Total foreign taxes | | | | | |

# Schedule K-1 Percentages Summary Worksheet

| Form **1065** | For calendar year 2021, or tax year beginning          , and ending | **2021** |

Partnership Name

**LIVIE and LUCA, LLC**

Employer Identification Number

**39-2051701**

| Partner Number | Partner Name | Profit | | Loss | | Capital | |
|---|---|---|---|---|---|---|---|
| | | Beginning | Ending | Beginning | Ending | Beginning | Ending |
| 1 | Amie Garcia | 50.000000 | 50.000000 | 50.000000 | 50.000000 | 50.000000 | 50.000000 |
| 2 | Mitzi Rivas | 50.000000 | 100.000000 | 50.000000 | 100.000000 | 50.000000 | 100.000000 |

# Reconciliation of Partners' Basis Worksheet

| Form **1065** | | For calendar year 2021, or tax year beginning , and ending | | | | **2021** |
|---|---|---|---|---|---|---|

Partnership Name

## LIVIE and LUCA, LLC

Employer Identification Number

## 39-2051701

| Partner Number | Partner Name | Beginning Basis | Increases | Distribution in Excess of Basis | Allowed Decreases | Ending Basis |
|---|---|---|---|---|---|---|
| 1 | Amie Garcia | 810,301 | -576,482 | 0 | 20,800 | 213,019 |
| 2 | Mitzi Rivas | 669,095 | 526,169 | 0 | 20,915 | 1,174,349 |
| | Total this page | 1,479,396 | -50,313 | 0 | 41,715 | 1,387,368 |
| | Total all pages | 1,479,396 | -50,313 | 0 | 41,715 | 1,387,368 |

# Reconciliation of Partners' Capital Accounts Worksheet

| Form **1065** | | For calendar year 2021, or tax year beginning            , and ending | | | | | **2021** |

Partnership Name

**LIVIE and LUCA, LLC**

Employer Identification Number

**39-2051701**

| Partner Number | Partner Name | Beginning Capital | Capital Contributed | Current Year Net Income (Loss) | Increases & Decreases | Withdrawals & Distributions | Ending Capital |
|---|---|---|---|---|---|---|---|
| 1 | Amie Garcia | 168,384 | 0 | 100,220 | 19,444 | 0 | 288,048 |
| 2 | Mitzi Rivas | 169,124 | 0 | 100,770 | 0 | 0 | 269,894 |

| | Total this page | 337,508 | 0 | 200,990 | 19,444 | 0 | 557,942 |
| | Total all pages | 337,508 | 0 | 200,990 | 19,444 | 0 | 557,942 |

# **Federal  Statements**

### **Form 1065, Page 1, Line 14 - Taxes and Licenses**

| Description | Amount |
|---|---|
| Licenses | $        294 |
| Local property taxes | 1,969 |
| Payroll Taxes | 57,711 |
| State Income Tax | 12,674 |
| Total | $     72,648 |

### **Form 1065, Schedule K, Line 5 - Interest Income**

| Description | Amount |
|---|---|
| Interest | $         18 |
| Total | $         18 |

### **Form 1065, Schedule L, Line 1 - Cash**

| Description | Beginning of Year | End of Year |
|---|---|---|
| Cash | $    622,779 | $    786,476 |
| Total | $    622,779 | $    786,476 |

### **Form 1065, Schedule L, Line 3 - Inventories**

| Description | Beginning of Year | End of Year |
|---|---|---|
| Inventory | $  1,017,335 | $    630,670 |
| Total | $  1,017,335 | $    630,670 |

### **Form 1065, Schedule L, Line 15 - Accounts Payable**

| Description | Beginning of Year | End of Year |
|---|---|---|
| Accounts Payable | $     52,861 | $     34,193 |
| Rounding Adjustment | 7 | |
| Rounding Adjustment | | 10 |
| Total | $     52,868 | $     34,203 |

## Form 1065, Schedule L, Line 16 - Mortgage, Notes, Bonds Payable Less Than 1 Yr

| Description | Beginning of Year | End of Year |
|---|---|---|
| Mort., Note, Less Than 1 Yr. | $ 1,099,882 | $ 826,672 |
| Total | $ 1,099,882 | $ 826,672 |

## Form 1065, Schedule L, Line 19a - Loans from Partners

| Description | Beginning of Year | End of Year |
|---|---|---|
| | $ 47,650 | $ 29,158 |
| Total | $ 47,650 | $ 29,158 |

## Form 1065, Schedule L, Line 19b - Mortgage, Notes, Bonds Payable in 1 Yr or More

| Description | Beginning of Year | End of Year |
|---|---|---|
| Mort., Note, More Than 1 Yr. | $ 149,900 | $ 149,900 |
| Total | $ 149,900 | $ 149,900 |

# Federal Asset Report
## 1065 Page 1

| Asset | Description | Date In Service | Cost | Bus % | Sec 179 | Bonus | Basis for Depr | Per | Conv | Meth | Prior | Current |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Prior MACRS:** | | | | | | | | | | | | |
| 2 | 2015 Computers | 6/30/15 | 1,784 | X | X | | 0 | 5 | HY | 200DB | 1,784 | 0 |
| 3 | 2015 Furniture | 6/30/15 | 2,012 | X | X | | 0 | 7 | HY | 200DB | 2,012 | 0 |
| | | | 3,796 | | | | 0 | | | | 3,796 | 0 |
| **Other Depreciation:** | | | | | | | | | | | | |
| 1 | Audi | 12/31/13 | 55,529 | X | | | 15,264 | 5 | MO | S/L | 55,529 | 0 |
| | **Total Other Depreciation** | | 55,529 | | | | 15,264 | | | | 55,529 | 0 |
| | **Total ACRS and Other Depreciation** | | 55,529 | | | | 15,264 | | | | 55,529 | 0 |
| **Amortization:** | | | | | | | | | | | | |
| 6 | Loan Fees 2021 | 6/29/21 | 2,543 | | | | 2,543 | 5 | MO | Amort | 0 | 297 |
| 4 | Loan Setup Fees | 6/30/15 | 32,073 | | | | 32,073 | 5 | MO | Amort | 32,073 | 0 |
| 5 | Loan Setup Fees 2020 | 6/30/20 | 69,604 | | | | 69,604 | 5 | MO | Amort | 8,120 | 13,921 |
| | | | 104,220 | | | | 104,220 | | | | 40,193 | 14,218 |
| | **Grand Totals** | | 163,545 | | | | 119,484 | | | | 99,518 | 14,218 |
| | **Less: Dispositions and Transfers** | | 0 | | | | 0 | | | | 0 | 0 |
| | **Less: Start-up/Org Expense** | | 0 | | | | 0 | | | | 0 | 0 |
| | **Net Grand Totals** | | 163,545 | | | | 119,484 | | | | 99,518 | 14,218 |

# Bonus Depreciation Report
## 1065 Page 1

| Asset | Property  Description | Date In Service | Tax Cost | Bus Pct | Tax Sec 179 Exp | Current Bonus | Prior Bonus | Tax - Basis for Depr |
|---|---|---|---|---|---|---|---|---|
| 2 | 2015  Computers | 6/30/15 | 1,784 | | 1,784 | 0 | 0 | 0 |
| 3 | 2015  Furniture | 6/30/15 | 2,012 | | 2,012 | 0 | 0 | 0 |
| | **Grand Total** | | 3,796 | | 0 | 0 | 0 | 0 |

5810400  LIVIE and LUCA, LLC
39-2051701
FYE: 12/31/2021

**AMT Asset Report**
**1065 Page 1**

06/21/2023  2:44 PM

| Asset | Description | Date In Service | Cost | Bus % | Sec 179 | Bonus | Basis for Depr | Per | Conv | Meth | Prior | Current |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Prior MACRS:** | | | | | | | | | | | | |
| 2 | 2015 Computers | 6/30/15 | 1,784 | | X | X | 0 | 5 | HY | 200DB | 1,784 | 0 |
| 3 | 2015 Furniture | 6/30/15 | 2,012 | | X | X | 0 | 7 | HY | 200DB | 2,012 | 0 |
| | | | 3,796 | | | | 0 | | | | 3,796 | 0 |
| | | | | | | | | | | | | |
| **Other Depreciation:** | | | | | | | | | | | | |
| 1 | Audi | 12/31/13 | 55,529 | | X | | 15,264 | 5 | MO | S/L | 55,529 | 0 |
| | **Total Other Depreciation** | | 55,529 | | | | 15,264 | | | | 55,529 | 0 |
| | | | | | | | | | | | | |
| | **Total ACRS and Other Depreciation** | | 55,529 | | | | 15,264 | | | | 55,529 | 0 |
| | | | | | | | | | | | | |
| | **Grand Totals** | | 59,325 | | | | 15,264 | | | | 59,325 | 0 |
| | **Less: Dispositions and Transfers** | | 0 | | | | 0 | | | | 0 | 0 |
| | **Net Grand Totals** | | 59,325 | | | | 15,264 | | | | 59,325 | 0 |

# ACE Asset Report
## 1065 Page 1

| Asset | Description | Date In Service | Cost | Bus % | Sec 179 | Bonus | Basis for Depr | Per | Conv | Meth | Prior | Current |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Prior MACRS:** | | | | | | | | | | | | |
| 2 | 2015 Computers | 6/30/15 | 1,784 | | X | X | 0 | 5 | HY | 200DB | 1,784 | 0 |
| 3 | 2015 Furniture | 6/30/15 | 2,012 | | X | X | 0 | 7 | HY | 200DB | 2,012 | 0 |
| | | | 3,796 | | | | 0 | | | | 3,796 | 0 |
| | | | | | | | | | | | | |
| **Other Depreciation:** | | | | | | | | | | | | |
| 1 | Audi | 12/31/13 | 55,529 | | X | | 15,264 | 5 | MO | S/L | 55,529 | 0 |
| | **Total Other Depreciation** | | 55,529 | | | | 15,264 | | | | 55,529 | 0 |
| | | | | | | | | | | | | |
| | **Total ACRS and Other Depreciation** | | 55,529 | | | | 15,264 | | | | 55,529 | 0 |
| | | | | | | | | | | | | |
| | **Grand Totals** | | 59,325 | | | | 15,264 | | | | 59,325 | 0 |
| | **Less: Dispositions and Transfers** | | 0 | | | | 0 | | | | 0 | 0 |
| | **Net Grand Totals** | | 59,325 | | | | 15,264 | | | | 59,325 | 0 |

# Depreciation Adjustment Report
## All Business Activities

| Form | Unit | Asset | Description | Tax | AMT | ACE | AMT Adjustments/ Preferences |
|------|------|-------|-------------|-----|-----|-----|------------------------------|
| **MACRS Adjustments:** | | | | | | | |
| Page 1 | 1 | 2 | 2015 Computers | 0 | 0 | 0 | 0 |
| Page 1 | 1 | 3 | 2015 Furniture | 0 | 0 | 0 | 0 |
| | | | | 0 | 0 | 0 | 0 |
| | | | | | | | |
| **Additional ACE Information for Other Assets:** | | | | | | | |
| Page 1 | 1 | 1 | Audi | 0 | 0 * | 0 | |
| | | | | 0 | 0 | 0 | |
| | | | **Totals for ACE Depreciation Adjustment:** | | | | |
| | | | AMT Depreciation Addback | | 0 | | |
| | | | ACE Depreciation Expense | | | 0 s | |

* - This asset has no values in AMT column, assume AMT = Tax Value

| Asset | Description | Date In Service | Cost | Tax | AMT | ACE |
|---|---|---|---|---|---|---|
| **Prior MACRS:** | | | | | | |
| 2 | 2015 Computers | 6/30/15 | 1,784 | 0 | 0 | 0 |
| 3 | 2015 Furniture | 6/30/15 | 2,012 | 0 | 0 | 0 |
| | | | 3,796 | 0 | 0 | 0 |
| **Other Depreciation:** | | | | | | |
| 1 | Audi | 12/31/13 | 55,529 | 0 | 0 | 0 |
| | **Total Other Depreciation** | | 55,529 | 0 | 0 | 0 |
| | **Total ACRS and Other Depreciation** | | 55,529 | 0 | 0 | 0 |
| **Amortization:** | | | | | | |
| 6 | Loan Fees 2021 | 6/29/21 | 2,543 | 508 | 0 | 0 |
| 4 | Loan Setup Fees | 6/30/15 | 32,073 | 0 | 0 | 0 |
| 5 | Loan Setup Fees 2020 | 6/30/20 | 69,604 | 13,921 | 13,921 | 13,921 |
| | | | 104,220 | 14,429 | 13,921 | 13,921 |
| | **Grand Totals** | | 163,545 | 14,429 | 13,921 | 13,921 |

| Form **1065** | Two Year Comparison Worksheet, Page 1 | **2020 & 2021** |
| --- | --- | --- |

Partnership Name

**LIVIE and LUCA, LLC**

Employer Identification Number

**39-2051701**

| | | 2020 | 2021 | Differences |
| --- | --- | --- | --- | --- |
| **Income** | Gross receipts less returns and allowances | 6,045,110 | 5,691,814 | -353,296 |
| | Cost of goods sold | 3,483,593 | 4,263,649 | 780,056 |
| | Gross profit | 2,561,517 | 1,428,165 | -1,133,352 |
| | Ordinary income (loss) from other partnerships, etc. | | | |
| | Net farm profit (loss) | | | |
| | Net gain (loss) from Form 4797 | | | |
| | Other income (loss) | 35,900 | 24,334 | -11,566 |
| | **Total income (loss)** | 2,597,417 | 1,452,499 | -1,144,918 |
| **Deductions** | Salaries and wages (other than to partners) | 822,995 | 421,015 | -401,980 |
| | Guaranteed payments to partners | | | |
| | Repairs and maintenance | 139 | | -139 |
| | Bad debts | | | |
| | Rent | 53,229 | 12,150 | -41,079 |
| | Taxes and licenses | 132,810 | 72,648 | -60,162 |
| | Interest | 89,113 | 45,406 | -43,707 |
| | Depreciation | | | |
| | Depletion | | | |
| | Retirement plans, etc. | | | |
| | Employee benefit programs | 33,302 | 47,924 | 14,622 |
| | Other deductions | 1,424,644 | 883,788 | -540,856 |
| | **Total deductions** | 2,556,232 | 1,482,931 | -1,073,301 |
| | **Ordinary business income (loss)** | 41,185 | -30,432 | -71,617 |
| **Tax and Payment** | Total balance due | | | |
| | Payments | | | |
| | **Amount owed** | | | |
| | **Overpayment** | | | |

| Form **1065** | Two Year Comparison Worksheet, Page 2 | 2020 & 2021 |
|---|---|---|

Partnership Name

**LIVIE and LUCA, LLC**

Employer Identification Number

**39-2051701**

| | | 2020 | 2021 | Differences |
|---|---|---|---|---|
| **Income (Loss)** | Ordinary business income (loss) | 41,185 | −30,432 | −71,617 |
| | Net rental real estate income (loss) | | | |
| | Net other rental income (loss) | | | |
| | Guaranteed payments | | | |
| | Interest income | | 18 | 18 |
| | Ordinary dividends | | | |
| | Qualified dividends | | | |
| | Dividend equivalents | | | |
| | Royalties | | | |
| | Net short-term capital gain (loss) | | | |
| | Net long-term capital gain (loss) | | | |
| | Net section 1231 gain (loss) | | | |
| | Other income (loss) | | | |
| **Deductions** | Section 179 deduction | | | |
| | Contributions | | | |
| | Investment interest expense | | | |
| | Section 59(e)(2) expenditures | | | |
| | Other deductions | | | |
| **Self-Employment** | Net earnings (loss) from self-employment | 41,185 | −30,432 | −71,617 |
| | Gross farm or fishing income | | | |
| | Gross nonfarm income | 2,597,417 | 1,452,499 | −1,144,918 |
| **Credits** | Low-income housing credit (section 42(j)(5)) | | | |
| | Low-income housing credit (other) | | | |
| | Qualified rehab expenditures (rental real estate) | | | |
| | Other rental real estate credits | | | |
| | Other rental credits | | | |
| | Other credits | 31,934 | 10,104 | −21,830 |
| **Alternative Minimum Tax (AMT) Items** | Post-1986 depreciation adjustment | | | |
| | Adjusted gain or loss | | | |
| | Depletion (other than oil and gas) | | | |
| | Oil, gas, and geothermal properties - gross income | | | |
| | Oil, gas, and geothermal properties - deductions | | | |
| | Other AMT items | | | |
| **Other Information** | Tax-exempt interest income | | | |
| | Other tax-exempt income | 271,521 | 266,521 | −5,000 |
| | Nondeductible expenses | 34,867 | 11,283 | −23,584 |
| | Distributions of cash and marketable securities | 88,922 | | −88,922 |
| | Distributions of other property | | | |
| | Investment income | | 18 | 18 |
| | Investment expenses | | | |
| | Total foreign taxes paid or accrued | | | |
| | **Net income (loss)** | 41,185 | −30,414 | −71,599 |

| Form **1065** | Two Year Comparison Worksheet, Page 3 | 2020 & 2021 |
|---|---|---|

Partnership Name

**LIVIE and LUCA, LLC**

Employer Identification Number

**39-2051701**

| | | 2020 | 2021 | Differences |
|---|---|---|---|---|
| **Schedule L** | Beginning assets | 2,058,550 | 1,756,279 | -302,271 |
| | Beginning liabilities and capital | 2,058,550 | 1,756,279 | -302,271 |
| | Ending assets | 1,756,279 | 1,659,861 | -96,418 |
| | Ending liabilities and capital | 1,756,279 | 1,659,861 | -96,418 |
| **Schedule M-1** | Net income (loss) per books | -16,384 | 200,990 | 217,374 |
| | Taxable income not on books | 294,223 | 23,834 | -270,389 |
| | Guaranteed payments (other than health ins) | | | |
| | Book expenses not deducted | 34,867 | 11,283 | -23,584 |
| | Income on books not on return | 271,521 | 266,521 | -5,000 |
| | Return deductions not on books | | | |
| | Income per return | 41,185 | -30,414 | -71,599 |
| **Schedule M-2** | Balance at beginning of year | 584,758 | 337,508 | -247,250 |
| | Cash contributions | | | |
| | Property contributions | | | |
| | Net income (loss) per books | -16,384 | 200,990 | 217,374 |
| | Other increases | | 19,444 | 19,444 |
| | Cash distributions | 88,922 | | -88,922 |
| | Property distributions | | | |
| | Other decreases | 141,944 | | -141,944 |
| | Balance at end of year | 337,508 | 557,942 | 220,434 |
| **Schedule M-3** | Total income (loss) items: | | | |
| | Income (loss) per income statement | | | |
| | Temporary difference | | | |
| | Permanent difference | | | |
| | Income (loss) per tax return | | | |
| | Total expense/deduction items: | | | |
| | Expense per income statement | | | |
| | Temporary difference | | | |
| | Permanent difference | | | |
| | Deduction per tax return | | | |
| | Other items with no differences | | | |
| | Reconciliation totals: | | | |
| | Income (loss) per income statement | | | |
| | Temporary difference | | | |
| | Permanent difference | | | |
| | Income (loss) per tax return | | | |

| Form **1065** | **Tax Return History Report, Page 1** | **2021** |
|---|---|---|

| Partnership Name | Employer Identification Number |
|---|---|
| **LIVIE and LUCA, LLC** | **39-2051701** |

|  |  |  | **2019** | **2020** | **2021** |
|---|---|---|---|---|---|
| Net gross receipts | | | **6,620,915** | **6,045,110** | **5,691,814** |
| Cost of goods sold | | | **3,846,039** | **3,483,593** | **4,263,649** |
| **Gross profit** | | | **2,774,876** | **2,561,517** | **1,428,165** |
| **Gross profit percentage** | | | **41.9108** | **42.3734** | **25.0916** |
| Other trade or business income (loss) | | | **16,766** | **35,900** | **24,334** |
| **Total income (loss)** | | | **2,791,642** | **2,597,417** | **1,452,499** |
| Salaries and wages | | | **1,108,485** | **822,995** | **421,015** |
| Guaranteed payments to partners | | | | | |
| Bad debts | | | | | |
| Rent | | | **51,864** | **53,229** | **12,150** |
| Taxes and licenses | | | **154,375** | **132,810** | **72,648** |
| Interest | | | **43,212** | **89,113** | **45,406** |
| Depreciation | | | | | |
| Other trade or business deductions | | | **2,122,388** | **1,458,085** | **931,712** |
| **Total deductions** | | | **3,480,324** | **2,556,232** | **1,482,931** |
| **Ordinary business income (loss)** | | | **−688,682** | **41,185** | **−30,432** |



Case: 23-40991 Doc# 1 Filed: 08/10/23 Entered: 08/10/23 21:39:18 Page 60 of 132

| Form **1065** | Tax Return History Report, Page 2 | **2021** |
|---|---|---|

| Partnership Name | Employer Identification Number |
|---|---|
| **LIVIE and LUCA, LLC** | 39-2051701 |

| | | | **2019** | **2020** | **2021** |
|---|---|---|---|---|---|
| Ordinary business income (loss) | | | −688,682 | 41,185 | −30,432 |
| Net rental real estate income (loss) | | | | | |
| Other net rental income (loss) | | | | | |
| Guaranteed payments | | | | | |
| Interest, dividends, and royalties | | | 373 | | 18 |
| Total capital gain (loss) | | | | | |
| Net section 1231 gain (loss) | | | | | |
| Other income (loss) | | | | | |
| Section 179 deduction | | | | | |
| Contributions | | | 250 | | |
| Other Schedule K deductions | | | | | |
| Total foreign taxes | | | | | |
| **Net income (loss)** | | | −688,559 | 41,185 | −30,414 |
| Schedule L, Total assets | | | 2,058,550 | 1,756,279 | 1,659,861 |
| Schedule L, Total liabilities | | | 1,473,792 | 1,418,771 | 1,101,919 |
| Schedule M-2, Capital contributed | | | | | |
| Schedule M-2, Net income per books | | | −472,587 | −16,384 | 200,990 |
| Schedule M-2, Distr butions | | | 587,894 | 88,922 | |
| Schedule M-2, Ending partners' capital | | | 584,758 | 337,508 | 557,942 |

**Total assets**

$2.580* / $1.720* / $860,000 / $0 — 2019, 2020, 2021
* in millions

**Total liabilities**

$1.860* / $1.240* / $620,000 / $0 — 2019, 2020, 2021
* in millions

**Net income (loss)**

$344,000 / $0 / $344,000 / $688,000 — 2019, 2020, 2021

**Partners' capital**

$750,000 / $500,000 / $250,000 / $0 — 2019, 2020, 2021

Debtor name    **Livie and Luca LLC**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■   *Schedule H: Codebtors* (Official Form 206H)
- ■   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐   Amended *Schedule* _____
- ■   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   <u>**August 8, 2023**</u>    *X* <u>**/s/ Mitzi Rivas**</u>
   Signature of individual signing on behalf of debtor

   <u>**Mitzi Rivas**</u>
   Printed name

   <u>**CEO**</u>
   Position or relationship to debtor

Fill in this information to identify the case:

| Debtor name | Livie and Luca LLC |
|---|---|
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF CALIFORNIA |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Adlantica LLC 6662 Escondido St. Irving, TX 75039 | | Business debt | | | | $17,958.00 |
| Aggressive Global Sourcing Corp Attn: Roy Shuman P.O. Box 772 La Canada Flintridge, CA 91012 | | Business debt | | | | $97,278.00 |
| Bank of America P.O. Box 66041 Dallas, TX 75266 | | Credit card charges | | | | $182,024.00 |
| Bryan Cave et al. Attn: Jenn Rizutti 211 N Broadway, Suite 3600 Saint Louis, MO 63102 | | Business debt | | | | $95,316.00 |
| Carlos Iribarren 1499 Posen Ave. Albany, CA 94706 | | Loan | | | | $40,000.00 |
| Compass Rose Ventures 11 Pine St., #309 Montclair, NJ 07042 | | Business debt | | | | $65,014.00 |
| CTY TNHH TM SX Thai No 236/8, Group 8 Di An Binh Duong 72000 VIETNAM | | Business debt | | | | $38,957.00 |
| Federal Express 3965 Airways Blvd. Module G, 4th Floor Memphis, TN 38116 | | Business debt | | | | $201,331.00 |

Case: 23-40991    Doc# 1    Filed: 08/10/23    Entered: 08/10/23 21:39:18    Page 63 of 132

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Flexport International 760 Market St., 8th Floor San Francisco, CA 94102** | | **Business debt** | | | | **$26,507.00** |
| **Insul Techs, Inc. 3424 Tanager Cir. Concord, CA 94520** | | **Business debt** | | | | **$60,000.00** |
| **Lexel Art Calle Monte de Santa Pola 30 Estudio 34 Alicante SPAIN** | | **Business debt** | | | | **$17,078.00** |
| **Paypal Working Capital Attn: Executive Escalation P.O. Box 45950 Omaha, NE 68145** | | **Loan** | | | | **$66,055.00** |
| **Peter Livingston c/o SMBX 1667 41st Ave. San Francisco, CA 94122** | | | | | | **$22,420.00** |
| **Plot Path Finance LLC 13359 No. Highway 183 Suite 406-568 Austin, TX 78750** | | **Business debt** | | | | **$32,075.00** |
| **Rocael H. Rizzardini c/o SMBX 1667 41st Ave. San Francisco, CA 94122** | | | | | | **$10,000.00** |
| **SA Marketing LLC 21526 Sweetwater Lane So. Boca Raton, FL 33428** | | **Business debt** | | | | **$24,000.00** |
| **SC Treasure Limited 18F-8, No. 6 SEC3 NO 6 Taichung 40748 TAIWAN** | | **Business debt** | | | | **$396,362.00** |
| **Shopify 33 New Montgomery St., Suite 750 San Francisco, CA 94105** | | **Loan** | | | | **$71,300.00** |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **U.S. Small Business Administration Attn: District Counsel 455 Market St., Suite 600 San Francisco, CA 94105** | | **Debtor's inventory. Value is an estimate** | | **$498,482.00** | **$660,800.00** | **$100,334.00** |
| **Worldwide Logistics 80 Route 4 East Suite 410 Paramus, NJ 07652** | | **Business debt** | | | | **$12,000.00** |

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals     12/15

### Part 1:   Summary of Assets

1.   ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*..................................................................................................   $ _____**0.00**

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*..............................................................................................   $ _____**2,570,000.00**

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*................................................................................................   $ _____**2,570,000.00**

### Part 2:   Summary of Liabilities

2.   ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................................   $ _____**760,734.00**

3.   ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................   $ _____**23,410.32**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*..............................................   +$ _____**2,002,851.00**

4.   **Total liabilities** ................................................................................................................
    Lines 2 + 3a + 3b     $     **2,786,995.32**

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property     12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
| --- | --- | --- | --- |

3.   **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- | --- |
| 3.1. | **Bank of America** value varies | **checking** | | **$3,300.00** |
| 3.2. | **Paypal** Amount varies | | | **$5,900.00** |

4.   **Other cash equivalents** *(Identify all)*

5.   **Total of Part 1.**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.     **$9,200.00**

| Part 2: | Deposits and Prepayments |
| --- | --- |

6. **Does the debtor have any deposits or prepayments?**

   ■ No. Go to Part 3.
   ☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
| --- | --- |

10. **Does the debtor have any accounts receivable?**

   ■ No. Go to Part 4.
   ☐ Yes Fill in the information below.

Case: 23-40991   Doc# 1   Filed: 08/10/23   Entered: 08/10/23 21:39:18   Page 67 of 132

| Debtor | **Livie and Luca LLC** | Case number *(If known)* _____ |
|---|---|---|
| | Name | |

## Part 4: Investments

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

## Part 5: Inventory, excluding agriculture assets

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | **Raw materials** | | | | |
| 20. | **Work in progress** | | | | |
| 21. | **Finished goods, including goods held for resale** Shoe inventory  - value based on an estimate of amounts that could be recovered based on a combination of quick sale and sale through wholesale channels | | **$1,185,000.00** | | **$660,800.00** |
| 22. | **Other inventory or supplies** | | | | |

| 23. | **Total of Part 5.** | **$660,800.00** |
|---|---|---|
| | Add lines 19 through 22.  Copy the total to line 84. | |

**24. Is any of the property listed in Part 5 perishable?**
■ No
☐ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
■ No
☐ Yes. Book value _____ Valuation method _____ Current Value _____

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

## Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

## Part 7: Office furniture, fixtures, and equipment; and collectibles

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No.  Go to Part 8.
☐ Yes Fill in the information below.

Case: 23-40991   Doc# 1   Filed: 08/10/23   Entered: 08/10/23 21:39:18   Page 68 of 132

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No.  Go to Part 9.
☐ Yes Fill in the information below.

| Part 9: | Real property |
|---|---|

**54. Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

| Part 10: | Intangibles and intellectual property |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 60. | **Patents, copyrights, trademarks, and trade secrets** trademark for company name | $0.00 | | Unknown |
| 61. | **Internet domain names and websites** www.livieandluca | $0.00 | | Unknown |
| 62. | **Licenses, franchises, and royalties** | | | |
| 63. | **Customer lists, mailing lists, or other compilations** customer list, SMS list, Facebook and Instagram presence with followers | $0.00 | | Unknown |
| 64. | **Other intangibles, or intellectual property** Customer-centric design process | $0.00 | | Unknown |
| 65. | **Goodwill** | | | |

**66.** **Total of Part 10.**
Add lines 60 through 65. Copy the total to line 89.

| $0.00 |
|---|

**67.** **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
■ No
☐ Yes

**68.** **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
■ No
☐ Yes

**69.** **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ☐ No. Go to Part 12.
    ■ Yes Fill in the information below.

|  | **Current value of debtor's interest** |
|---|---|

71. **Notes receivable**
    Description (include name of obligor)

72. **Tax refunds and unused net operating losses (NOLs)**
    Description (for example, federal, state, local)

73. **Interests in insurance policies or annuities**

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**
    **Claims against Bedabox dba Shipmonk for breach of contract, fraud and unfair business practices.**
    **Claim amount below is an estimate of damages caused by conduct.**                                                   **$1,900,000.00**

    | Nature of claim | see description above |
    |---|---|
    | Amount requested | $0.00 |

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78. **Total of Part 11.**
    Add lines 71 through 77. Copy the total to line 90.                     | **$1,900,000.00** |
                                                                            |---|

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

Debtor    **Livie and Luca LLC**                                    Case number *(If known)* _____
          <sub>Name</sub>

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $9,200.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $660,800.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* ......................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $1,900,000.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $2,570,000.00 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $2,570,000.00 |

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:**   **List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

**2.1   Heritage Bank**
Creditor's Name

**Attention: Raul Garcia
224 Airport Parkway
San Jose, CA 95110**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**Blanket lien on debtor's property**

Describe the lien
**UCC-1**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Amount of claim: **$262,252.00**   Value of collateral: **$660,800.00**

---

**2.2   U.S. Small Business Administration**
Creditor's Name

**Attn: District Counsel
455 Market St., Suite 600
San Francisco, CA 94105**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**June 2020**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

Describe debtor's property that is subject to a lien
**Debtor's inventory. Value is an estimate**

Describe the lien
**UCC-1 - Junior to Heritage Bank**
**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

Amount of claim: **$498,482.00**   Value of collateral: **$660,800.00**

| Debtor | **Livie and Luca LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

- ■ No
- ☐ Yes. Specify each creditor,
  including this creditor and its relative
  priority.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | **$760,734.00**

### Part 2: List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Mia Blackler**<br>**Lubin Olson et al.**<br>**600 Montgomery St., 14th Fl.**<br>**San Francisco, CA 94111** | Line **2.1** | |

Case: 23-40991   Doc# 1   Filed: 08/10/23   Entered: 08/10/23 21:39:18   Page 73 of 132

Debtor name **Livie and Luca LLC**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address | **$233.20** | **$0.00** |

| 2.1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: |
|---|---|---|
|  | **Arizona Dept. of Economic Security**<br>**P.O. Box 6028**<br>**Mail Drop 5881**<br>**Phoenix, AZ 85005** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
|  | Date or dates debt was incurred | Basis for the claim: |
|  | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes |

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.2** | | **$1,124.12** | **$1,124.12** |

| 2.2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: |
|---|---|---|
|  | **Arizona Dept. of Revenue**<br>**P.O. Box 29085**<br>**Phoenix, AZ 85038** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
|  | Date or dates debt was incurred | Basis for the claim: |
|  | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes |

52896

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** | $0.00 |
|---|---|---|---|---|

**Cal. Dept of Tax and Fee Administration**
**450 N Street**
**P.O. Box 942879**
**Sacramento, CA 94279**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

- ■ No
- ☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$7,060.00** | $7,060.00 |
|---|---|---|---|---|

**Emily Pierdinock-Hagen**
**153 Glen Eagle Dr. NE**
**Rockford, MI 49341**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

- ■ No
- ☐ Yes

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | $0.00 |
|---|---|---|---|---|

**Employment Development Dept.**
**Bankruptcy Unit - MIC 92E**
**P.O. Box 826880**
**Sacramento, CA 94280-0001**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

- ■ No
- ☐ Yes

---

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | $0.00 |
|---|---|---|---|---|

**Franchise Tax Board**
**State of California**
**P.O. Box 2952**
**Sacramento, CA 95812-5000**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

- ■ No
- ☐ Yes

Case: 23-40991   Doc# 1   Filed: 08/10/23   Entered: 08/10/23 21:39:18   Page 75 of 132

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|-----|--------|--------|--------|--------|
| | **Internal Revenue Service**<br>**P.O. Box 7346**<br>**Philadelphia, PA 19101-7316** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$4,200.00** | **$4,200.00** |
|-----|--------|--------|--------|--------|
| | **McKenna Durand**<br>**7430 Hamilton Run Dr.**<br>**Chattanooga, TN 37421** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$4,366.00** | **$4,366.00** |
|-----|--------|--------|--------|--------|
| | **Meghan Weaver**<br>**401 Fairwood Place**<br>**Nampa, ID 83651** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.10 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$3,227.00** | **$3,227.00** |
|-----|--------|--------|--------|--------|
| | **Stephanie Lema**<br>**21285 E Via Del Sol**<br>**Queen Creek, AZ 85142** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,200.00 | $3,200.00 |
|---|---|---|---|---|

**Wendy Smith**
**2863 Gum Road**
**Seneca, MO 64865**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  | Amount of claim |
|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $17,958.00 |
|---|---|---|---|

**Adlantica LLC**
**6662 Escondido St.**
**Irving, TX 75039**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Business debt**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $97,278.00 |
|---|---|---|---|

**Aggressive Global Sourcing Corp**
**Attn: Roy Shuman**
**P.O. Box 772**
**La Canada Flintridge, CA 91012**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Business debt**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $500.00 |
|---|---|---|---|

**Alastar Kerpel**
**c/o SMBX**
**1667 41st Ave.**
**San Francisco, CA 94122**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $250.00 |
|---|---|---|---|

**Amanda Thomas**
**c/o SMBX**
**1667 41st Ave.**
**San Francisco, CA 94122**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,000.00 |
|---|---|---|---|

**American Pediatric Medical Assn.**
**9312 Old Georgetown Rd.**
**Bethesda, MD 20814**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Business debt**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$9,916.00** |
|---|---|---|---|

**Amie Garcia**
**440 N. Barranca Ave, #5077**
**Covina, CA 91723**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Loan**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,901.00** |
|---|---|---|---|

**Amwins Connect Adminstrators**
**6 N. Park Dr.**
**Hunt Valley, MD 21030**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$100.00** |
|---|---|---|---|

**Amy Fisher**
**c/o SMBX**
**1667 41st Ave.**
**San Francisco, CA 94122**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Andrew Ghekas**
**Anthony & Partners, LLC**
**100 South Ashley Dr., Suite 1600**
**Tampa, FL 33602**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.10 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$500.00** |
|---|---|---|---|

**Andrew Lypen**
**c/o SMBX**
**1667 41st Ave.**
**San Francisco, CA 94122**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.11 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$50.00** |
|---|---|---|---|

**Anusheel Bhushan**
**c/o SMBX**
**1667 41st Ave.**
**San Francisco, CA 94122**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.12 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$10,000.00** |
|---|---|---|---|

**Arthur Do**
**c/o SMBX**
**1667 41st Ave.**
**San Francisco, CA 94122**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$40.00** |
|---|---|---|---|

**Ashley Millians**
c/o SMBX
1667 41st Ave.
San Francisco, CA 94122

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$182,024.00** |
|---|---|---|---|

**Bank of America**
P.O. Box 66041
Dallas, TX 75266

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Credit card charges**

**Last 4 digits of account number** **1413**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Bedabox, LLC dba Shipmonk**
Attn: Franklin Castro
201 NW 22nd Ave.
Unit 100
Fort Lauderdale, FL 33311

☐ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Business debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ☐ No  ■ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,000.00** |
|---|---|---|---|

**Blake Clemmons**
c/o SMBX
1667 41st Ave.
San Francisco, CA 94122

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,000.00** |
|---|---|---|---|

**Brian Egan**
c/o SMBX
1667 41st Ave.
San Francisco, CA 94122

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,000.00** |
|---|---|---|---|

**Brian Egan**
c/o SMBX
1667 41st Ave.
San Francisco, CA 94122

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$500.00** |
|---|---|---|---|

**Brian Quinn**
c/o SMBX
1667 41st Ave.
San Francisco, CA 94122

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

---

**3.20** | Nonpriority creditor's name and mailing address
Bryan Cave et al.
Attn: Jenn Rizutti
211 N Broadway, Suite 3600
Saint Louis, MO 63102

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$95,316.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Business debt__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.21** | Nonpriority creditor's name and mailing address
Callie Stein
c/o SMBX
1667 41st Ave.
San Francisco, CA 94122

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$250.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.22** | Nonpriority creditor's name and mailing address
Carlos Iribarren
1499 Posen Ave.
Albany, CA 94706

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$40,000.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Loan__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.23** | Nonpriority creditor's name and mailing address
Charles Thomas
c/o SMBX
1667 41st Ave.
San Francisco, CA 94122

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$1,000.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.24** | Nonpriority creditor's name and mailing address
Charlie Linch
c/o SMBX
1667 41st Ave.
San Francisco, CA 94122

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$200.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.25** | Nonpriority creditor's name and mailing address
Chris Crawford
c/o SMBX
1667 41st Ave.
San Francisco, CA 94122

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$2,500.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.26** | Nonpriority creditor's name and mailing address
Christina Rogerson
c/o SMBX
1667 41st Ave.
San Francisco, CA 94122

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$10.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 23-40991    Doc# 1    Filed: 08/10/23    Entered: 08/10/23 21:39:18    Page 80 of 132

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10.00 |
|---|---|---|---|

**Christopher Rozniak**
c/o SMBX
1667 41st Ave.
San Francisco, CA 94122

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $865.00 |
|---|---|---|---|

**Cleo Communications**
4949 Harrison Ave.
Suite 200
Rockford, IL 61108

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $65,014.00 |
|---|---|---|---|

**Compass Rose Ventures**
11 Pine St., #309
Montclair, NJ 07042

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,794.00 |
|---|---|---|---|

**Computer Generated Solutions**
200 Vesey St.
New York, NY 10281

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20.00 |
|---|---|---|---|

**Connor Paratore**
c/o SMBX
1667 41st Ave.
San Francisco, CA 94122

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10.00 |
|---|---|---|---|

**Corey Reed**
c/o SMBX
1667 41st Ave.
San Francisco, CA 94122

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $38,957.00 |
|---|---|---|---|

**CTY TNHH TM SX Thai**
No 236/8, Group 8
Di An
Binh Duong 72000
VIETNAM

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

Case: 23-40991    Doc# 1    Filed: 08/10/23    Entered: 08/10/23 21:39:18    Page 81 of 132

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $210.00 |
|---|---|---|---|

**Dana Burrell**
c/o SMBX
1667 41st Ave.
San Francisco, CA 94122

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $210.00 |
|---|---|---|---|

**Dangelo Thompson**
c/o SMBX
1667 41st Ave.
San Francisco, CA 94122

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10.00 |
|---|---|---|---|

**Daniel Horowitz**
c/o SMBX
1667 41st Ave.
San Francisco, CA 94122

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $40.00 |
|---|---|---|---|

**David Bertschy**
c/o SMBX
1667 41st Ave.
San Francisco, CA 94122

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100.00 |
|---|---|---|---|

**David Birdsall**
c/o SMBX
1667 41st Ave.
San Francisco, CA 94122

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100.00 |
|---|---|---|---|

**Dianna Tremblay**
c/o SMBX
1667 41st Ave.
San Francisco, CA 94122

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $300.00 |
|---|---|---|---|

**Elizabeth Kukka**
c/o SMBX
1667 41st Ave.
San Francisco, CA 94122

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$100.00** |
|------|-----|-----|-----|

**Emma Stein**
c/o SMBX
1667 41st Ave.
San Francisco, CA 94122

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,500.00** |
|------|-----|-----|-----|

**Eric Anschutz**
c/o SMBX
1667 41st Ave.
San Francisco, CA 94122

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$80.00** |
|------|-----|-----|-----|

**Eric Pool**
c/o SMBX
1667 41st Ave.
San Francisco, CA 94122

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$10.00** |
|------|-----|-----|-----|

**Eric Quon-Lee**
c/o SMBX
1667 41st Ave.
San Francisco, CA 94122

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$200.00** |
|------|-----|-----|-----|

**Fabien Lamaison**
c/o SMBX
1667 41st Ave.
San Francisco, CA 94122

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$8,000.00** |
|------|-----|-----|-----|

**Fashion Snoops, Icn.**
40 West 51st Street
New York, NY 10020

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred _

Basis for the claim:  Business debt

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$201,331.00** |
|------|-----|-----|-----|

**Federal Express**
3965 Airways Blvd.
Module G, 4th Floor
Memphis, TN 38116

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred _

Basis for the claim:  Business debt

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

Case: 23-40991   Doc# 1   Filed: 08/10/23   Entered: 08/10/23 21:39:18   Page 83 of 132

| 3.48 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10.00** |
|---|---|---|---|

**Felicia Jones**
c/o SMBX
1667 41st Ave.
San Francisco, CA 94122

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.49 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,942.00** |
|---|---|---|---|

**Five Elements Design**
840 Page St.
Berkeley, CA 94710

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Business debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.50 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$26,507.00** |
|---|---|---|---|

**Flexport International**
760 Market St., 8th Floor
San Francisco, CA 94102

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Business debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.51 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Gabriel McMorland**
c/o Carlson Brown
P.O. Box 242
Sewickley, PA 15143

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice only**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.52 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$250.00** |
|---|---|---|---|

**Gabrielle Katsnelson**
c/o SMBX
1667 41st Ave.
San Francisco, CA 94122

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.53 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$350.00** |
|---|---|---|---|

**Garen Corbett**
c/o SMBX
1667 41st Ave.
San Francisco, CA 94122

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.54 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,000.00** |
|---|---|---|---|

**Hajar Newsome**
c/o SMBX
1667 41st Ave.
San Francisco, CA 94122

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$200.00** |
|---|---|---|---|

**Hannah Wright**
**c/o SMBX**
**1667 41st Ave.**
**San Francisco, CA 94122**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$170.00** |
|---|---|---|---|

**Heather Hanson**
**c/o SMBX**
**1667 41st Ave.**
**San Francisco, CA 94122**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$850.00** |
|---|---|---|---|

**Heidi Alletzhauser**
**259 Monterey Blvd, #B**
**San Francisco, CA 94131**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Business debt__

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$654.00** |
|---|---|---|---|

**Hermes Nextec LLC**
**100 SE Executive Dr.**
**Suite 6**
**Bentonville, AR 72712**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Business debt__

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$100.00** |
|---|---|---|---|

**Hosea Lin**
**c/o SMBX**
**1667 41st Ave.**
**San Francisco, CA 94122**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$100.00** |
|---|---|---|---|

**Huong Ngo**
**c/o SMBX**
**1667 41st Ave.**
**San Francisco, CA 94122**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$60,000.00** |
|---|---|---|---|

**Insul Techs, Inc.**
**3424 Tanager Cir.**
**Concord, CA 94520**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Business debt__

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,437.00** |
|---|---|---|---|

**Intertek Vietnam Ltd.**
**5th-7th Floor, SOHO Bldg. 38**
**Ho Chi Minh City 70000**
**VIETNAM**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Business debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,000.00** |
|---|---|---|---|

**Jab It Up, LLC**
**623 Fountain View Dr.**
**Irving, TX 75039**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Business debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Jackie Chan**
**360 E. 28th Ave.**
**San Mateo, CA 94403**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$30.00** |
|---|---|---|---|

**Jaime Graham**
**c/o SMBX**
**1667 41st Ave.**
**San Francisco, CA 94122**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$120.00** |
|---|---|---|---|

**James Donaldson**
**c/o SMBX**
**1667 41st Ave.**
**San Francisco, CA 94122**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,000.00** |
|---|---|---|---|

**James Norris**
**c/o SMBX**
**1667 41st Ave.**
**San Francisco, CA 94122**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$100.00** |
|---|---|---|---|

**Jane Pak**
**c/o SMBX**
**1667 41st Ave.**
**San Francisco, CA 94122**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$20.00** |
|---|---|---|---|

Jason Spencer
c/o SMBX
1667 41st Ave.
San Francisco, CA 94122

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$200.00** |
|---|---|---|---|

Jennifer Davidek
c/o SMBX
1667 41st Ave.
San Francisco, CA 94122

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$100.00** |
|---|---|---|---|

Jeremy Sterns
c/o SMBX
1667 41st Ave.
San Francisco, CA 94122

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$10.00** |
|---|---|---|---|

Jonathan Cerda
c/o SMBX
1667 41st Ave.
San Francisco, CA 94122

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$20.00** |
|---|---|---|---|

Jonathan Crawford
c/o SMBX
1667 41st Ave.
San Francisco, CA 94122

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$60.00** |
|---|---|---|---|

Jonathan Williams
c/o SMBX
1667 41st Ave.
San Francisco, CA 94122

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$20.00** |
|---|---|---|---|

Jordan Kramer
c/o SMBX
1667 41st Ave.
San Francisco, CA 94122

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$50.00** |
|---|---|---|---|

**Joseph Kleinschmidt**
**c/o SMBX**
**1667 41st Ave.**
**San Francisco, CA 94122**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$10.00** |
|---|---|---|---|

**Kaiton Williams**
**c/o SMBX**
**1667 41st Ave.**
**San Francisco, CA 94122**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$150.00** |
|---|---|---|---|

**Karen Kwon**
**c/o SMBX**
**1667 41st Ave.**
**San Francisco, CA 94122**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$50.00** |
|---|---|---|---|

**Kate Kroeger**
**c/o SMBX**
**1667 41st Ave.**
**San Francisco, CA 94122**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$200.00** |
|---|---|---|---|

**Kathleen Roach**
**c/o SMBX**
**1667 41st Ave.**
**San Francisco, CA 94122**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$20.00** |
|---|---|---|---|

**Katrina Brashares**
**c/o SMBX**
**1667 41st Ave.**
**San Francisco, CA 94122**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,030.00** |
|---|---|---|---|

**Kristin Parks**
**c/o SMBX**
**1667 41st Ave.**
**San Francisco, CA 94122**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

| 3.83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,000.00 |
|---|---|---|---|

**Laura Cloutier**
**c/o SMBX**
**1667 41st Ave.**
**San Francisco, CA 94122**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10.00 |
|---|---|---|---|

**Lauren Hollis**
**c/o SMBX**
**1667 41st Ave.**
**San Francisco, CA 94122**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $17,078.00 |
|---|---|---|---|

**Lexel Art**
**Calle Monte de Santa Pola 30**
**Estudio 34**
**Alicante**
**SPAIN**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,500.00 |
|---|---|---|---|

**Linus Lee**
**c/o SMBX**
**1667 41st Ave.**
**San Francisco, CA 94122**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10.00 |
|---|---|---|---|

**Liran Rosenfeld**
**c/o SMBX**
**1667 41st Ave.**
**San Francisco, CA 94122**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.88 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $500.00 |
|---|---|---|---|

**Loida Valentin**
**c/o SMBX**
**1667 41st Ave.**
**San Francisco, CA 94122**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.89 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100.00 |
|---|---|---|---|

**Macarthur Mentor**
**c/o SMBX**
**1667 41st Ave.**
**San Francisco, CA 94122**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.90 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,010.00** |
|---|---|---|---|

**Mark Smith**
**c/o SMBX**
**1667 41st Ave.**
**San Francisco, CA 94122**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.91 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$100.00** |
|---|---|---|---|

**Matthew Cuneo**
**c/o SMBX**
**1667 41st Ave.**
**San Francisco, CA 94122**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.92 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$100.00** |
|---|---|---|---|

**Miranda Tedholm**
**c/o SMBX**
**1667 41st Ave.**
**San Francisco, CA 94122**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.93 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$406,097.00** |
|---|---|---|---|

**Mitzi Rivas**
**1499 Posen Ave.**
**Albany, CA 94706**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Combination of loan, deferred salary, payment on credit cards and bank loans.**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.94 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Nicholas A. Colella**
**Lynch Carpenter LLP**
**1133 Penn Ave., 5th Floor**
**Pittsburgh, PA 15222**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: **Notice only**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.95 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,211.00** |
|---|---|---|---|

**Open Text**
**9711 Washington Blvd.**
**Suite 700**
**Gaithersburg, MD 20878**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.96 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$250.00** |
|---|---|---|---|

**Pamel Chaloult**
**c/o SMBX**
**1667 41st Ave.**
**San Francisco, CA 94122**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.97 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$30.00** |
|---|---|---|---|

Paul Ugolini
c/o SMBX
1667 41st Ave.
San Francisco, CA 94122

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.98 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$66,055.00** |
|---|---|---|---|

Paypal Working Capital
Attn: Executive Escalation
P.O. Box 45950
Omaha, NE 68145

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Loan**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.99 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$22,420.00** |
|---|---|---|---|

Peter Livingston
c/o SMBX
1667 41st Ave.
San Francisco, CA 94122

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.100 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$250.00** |
|---|---|---|---|

Philip Marcotty
c/o SMBX
1667 41st Ave.
San Francisco, CA 94122

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.101 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$32,075.00** |
|---|---|---|---|

Plot Path Finance LLC
13359 No. Highway 183
Suite 406-568
Austin, TX 78750

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.102 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$100.00** |
|---|---|---|---|

Rebekah Vigil
c/o SMBX
1667 41st Ave.
San Francisco, CA 94122

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.103 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$10.00** |
|---|---|---|---|

Rick Moss
c/o SMBX
1667 41st Ave.
San Francisco, CA 94122

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.104 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100.00 |
|---|---|---|---|

**Robert Manske**
c/o SMBX
1667 41st Ave.
San Francisco, CA 94122

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $50.00 |
|---|---|---|---|

**Robert Zapantis**
c/o SMBX
1667 41st Ave.
San Francisco, CA 94122

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.106 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,500.00 |
|---|---|---|---|

**Roberto Gonzalez**
c/o SMBX
1667 41st Ave.
San Francisco, CA 94122

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10,000.00 |
|---|---|---|---|

**Rocael H. Rizzardini**
c/o SMBX
1667 41st Ave.
San Francisco, CA 94122

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.108 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $50.00 |
|---|---|---|---|

**Ronn Hubbard**
c/o SMBX
1667 41st Ave.
San Francisco, CA 94122

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.109 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $30.00 |
|---|---|---|---|

**Ross Festenstein**
c/o SMBX
1667 41st Ave.
San Francisco, CA 94122

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.110 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $300.00 |
|---|---|---|---|

**Ryan Segal**
c/o SMBX
1667 41st Ave.
San Francisco, CA 94122

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.111 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,000.00** |
|---|---|---|---|

**Ryan Waliany**
**c/o SMBX**
**1667 41st Ave.**
**San Francisco, CA 94122**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.112 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$24,000.00** |
|---|---|---|---|

**SA Marketing LLC**
**21526 Sweetwater Lane So.**
**Boca Raton, FL 33428**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.113 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,254.00** |
|---|---|---|---|

**Satra Technology Centre Ltd.**
**Satra Technolgy Ctr.**
**Wyndham Way**
**Kettering NN16 8SD**
**UNITED KINGDOM**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.114 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$396,362.00** |
|---|---|---|---|

**SC Treasure Limited**
**18F-8, No. 6**
**SEC3 NO 6**
**Taichung 40748**
**TAIWAN**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.115 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,000.00** |
|---|---|---|---|

**Shannon Hall**
**c/o SMBX**
**1667 41st Ave.**
**San Francisco, CA 94122**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.116 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,000.00** |
|---|---|---|---|

**Shivraj Kumar**
**c/o SMBX**
**1667 41st Ave.**
**San Francisco, CA 94122**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.117 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$71,300.00** |
|---|---|---|---|

**Shopify**
**33 New Montgomery St., Suite 750**
**San Francisco, CA 94105**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Loan**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.118 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,500.00 |
|---|---|---|---|

**Simon Morris**
**c/o SMBX**
**1667 41st Ave.**
**San Francisco, CA 94122**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**SMBX**
**1667 41st Ave.**
**San Francisco, CA 94102**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.120 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,000.00 |
|---|---|---|---|

**Stephen Bruce**
**c/o SMBX**
**1667 41st Ave.**
**San Francisco, CA 94122**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.121 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,000.00 |
|---|---|---|---|

**Sukhwinder Kaur**
**c/o SMBX**
**1667 41st Ave.**
**San Francisco, CA 94122**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.122 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $888.00 |
|---|---|---|---|

**Synter Resource Group**
**5935 Rivers Ave.**
**Suite 102**
**Charleston, SC 29406**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.123 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,712.00 |
|---|---|---|---|

**Taft Stettinius & Hollister LLP**
**425 Walnut St.**
**Suite 1800**
**Cincinnati, OH 45202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.124 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100.00 |
|---|---|---|---|

**Takayuki Yokoyama**
**c/o SMBX**
**1667 41st Ave.**
**San Francisco, CA 94122**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.125 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$100.00** |
|---|---|---|---|

**Timothy Schoonover**
**c/o SMBX**
**1667 41st Ave.**
**San Francisco, CA 94122**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.126 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$200.00** |
|---|---|---|---|

**Tina Marshall-Bradley**
**c/o SMBX**
**1667 41st Ave.**
**San Francisco, CA 94122**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.127 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,000.00** |
|---|---|---|---|

**Todd Brinlee**
**c/o SMBX**
**1667 41st Ave.**
**San Francisco, CA 94122**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.128 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,500.00** |
|---|---|---|---|

**Valley Oak Financial**
**6011 Stadium Dr.**
**Kalamazoo, MI 49009**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.129 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$60.00** |
|---|---|---|---|

**Valor Global**
**13430 N. Black Canyon Hwy.**
**Suite 250**
**Phoenix, AZ 85029**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.130 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$780.00** |
|---|---|---|---|

**Wendy Carrier**
**c/o SMBX**
**1667 41st Ave.**
**San Francisco, CA 94122**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.131 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$500.00** |
|---|---|---|---|

**Wesley Selke**
**c/o SMBX**
**1667 41st Ave.**
**San Francisco, CA 94122**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.132 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,000.00 |
|---|---|---|---|

**Worldwide Logistics**
**80 Route 4 East**
**Suite 410**
**Paramus, NJ 07652**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.133 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $200.00 |
|---|---|---|---|

**Yarra McClure**
**c/o SMBX**
**1667 41st Ave.**
**San Francisco, CA 94122**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.134 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,795.00 |
|---|---|---|---|

**Yotpo Inc.**
**233 Spring St., 6th Floor**
**New York, NY 10013**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.135 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $250.00 |
|---|---|---|---|

**Zackary Zweber**
**c/o SMBX**
**1667 41st Ave.**
**San Francisco, CA 94122**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.136 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $500.00 |
|---|---|---|---|

**Ziqiang Tang**
**c/o SMBX**
**1667 41st Ave.**
**San Francisco, CA 94122**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**Part 3:**   List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **AGA**<br>**Attn: Samuel Murphy**<br>**740 Walt Whitman Rd.**<br>**Melville, NY 11747** | Line  **3.47**<br>☐ Not listed. Explain ____ | _ |
| 4.2 | **Business Card**<br>**P.O. Box 15796**<br>**Wilmington, DE 19886** | Line  **3.14**<br>☐ Not listed. Explain ____ | _ |

| Debtor | Livie and Luca LLC | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.3 | **Don Walker**<br>**Lincoln & Morgan**<br>**600 W Broadway, Ste. 700**<br>**San Diego, CA 92101** | Line **3.50**<br><br>☐ Not listed. Explain ____ | _ |
| 4.4 | **Justin Draa**<br>**Draa & Lapcevic, LLP**<br>**1101 Pacific Ave, Ste. 320**<br>**Santa Cruz, CA 95060** | Line **3.2**<br><br>☐ Not listed. Explain ____ | _ |
| 4.5 | **Scott M. Kessler**<br>**Akerman LLP**<br>**1251 Avenue of the Americas, 37th Fl.**<br>**New York, NY 10020** | Line **3.15**<br><br>☐ Not listed. Explain ____ | _ |
| 4.6 | **Stephanie Baxter**<br>**Tucker, Albin & Associates**<br>**1702 N. Collins Blvd., Suite 100**<br>**Richardson, TX 75080** | Line **3.112**<br><br>☐ Not listed. Explain ____ | _ |

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

5. **Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 23,410.32 |
| 5b. Total claims from Part 2 | 5b. + | $ | 2,002,851.00 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 2,026,261.32 |

Case: 23-40991    Doc# 1    Filed: 08/10/23    Entered: 08/10/23 21:39:18    Page 97 of 132

**Fill in this information to identify the case:**

Debtor name     **Livie and Luca LLC**

United States Bankruptcy Court for the:     NORTHERN DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases            **12/15**

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ■ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
    ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property*
    (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1   State what the contract or lease is for and the nature of the debtor's interest | |
|       State the term remaining | |
|       List the contract number of any government contract _____ | _____ |
| 2.2   State what the contract or lease is for and the nature of the debtor's interest | |
|       State the term remaining | |
|       List the contract number of any government contract _____ | _____ |
| 2.3   State what the contract or lease is for and the nature of the debtor's interest | |
|       State the term remaining | |
|       List the contract number of any government contract _____ | _____ |
| 2.4   State what the contract or lease is for and the nature of the debtor's interest | |
|       State the term remaining | |
|       List the contract number of any government contract _____ | _____ |

**Fill in this information to identify the case:**

Debtor name    **Livie and Luca LLC**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an
   amended filing

Official Form 206H
# Schedule H: Your Codebtors
<span style="float:right">12/15</span>

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Amie Garcia** | **440 N. Barranca Ave, #5077**<br>**Covina, CA 91723** | **Heritage Bank** | ■ D __2.1__<br>☐ E/F _____<br>☐ G _____ |
| 2.2 | **Mitzi Rivas** | **1499 Posen Ave.**<br>**Albany, CA 94706** | **Heritage Bank** | ■ D __2.1__<br>☐ E/F _____<br>☐ G _____ |

**Fill in this information to identify the case:**

Debtor name: **Livie and Luca LLC**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF CALIFORNIA

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy   04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

1. **Gross revenue from business**

    ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2023** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$776,000.00** |
| **For prior year:**<br>From **1/01/2022** to **12/31/2022** | ■ Operating a business<br>☐ Other _____ | **$3,652,000.00** |
| **For year before that:**<br>From **1/01/2021** to **12/31/2021** | ■ Operating a business<br>☐ Other _____ | **$5,668,000.00** |

2. **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

**Part 2:   List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

    ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|

Case: 23-40991   Doc# 1   Filed: 08/10/23   Entered: 08/10/23 21:39:18   Page 100 of 132

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1.   **Valley Oak Financial**<br>**6011 Stadium Dr.**<br>**Kalamazoo, MI 49009** | | **$7,100.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.   **Mitzi Rivas**<br>**1499 Posen Ave.**<br>**Albany, CA 94706**<br>**CEO** | **July 2022 -**<br>**December**<br>**2022 -**<br>**$36,000**<br>**March 2023 -**<br>**$90,000** | **$126,000.00** | **Debt repayments** |

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:**   **Legal Actions or Assignments**

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1.   **McMorland v Livie and Luca LLC**<br>**23-998** | **ADA Complaint** | **U.S. District Court Western District of Pennsylvania** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

Case: 23-40991    Doc# 1    Filed: 08/10/23    Entered: 08/10/23 21:39:18    Page 101 of 132

Debtor   **Livie and Luca LLC**                    Case number *(if known)* _____

■ None

| Part 4: | Certain Gifts and Charitable Contributions |
|---|---|

9.  List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

| Part 5: | Certain Losses |
|---|---|

10. All losses from fire, theft, or other casualty within 1 year before filing this case.

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

| Part 6: | Certain Payments or Transfers |
|---|---|

11. Payments related to bankruptcy
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Finestone Hayes LLP**<br>**456 Montgomery St., 20th Floor**<br>**San Francisco, CA 94104** | | **July 26, 2023** | **$40,000.00** |
| | Email or website address<br>**sfinestone@fhlawllp.com** | | | |
| | Who made the payment, if not debtor? | | | |

12. Self-settled trusts of which the debtor is a beneficiary
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. Transfers not already listed on this statement
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

Case: 23-40991   Doc# 1   Filed: 08/10/23   Entered: 08/10/23 21:39:18   Page 102 of 132

■ None.

| Who received transfer?<br>Address | Description of property transferred or<br>payments received or debts paid in exchange | Date transfer<br>was made | Total amount or<br>value |
|---|---|---|---|

| **Part 7:** | **Previous Locations** |
|---|---|

14. **Previous addresses**
   List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| Address | Dates of occupancy<br>From-To |
|---|---|
| 14.1. | **6400 Hollis St.**<br>**Suite 16**<br>**Emeryville, CA 94608** | **2015-2020** |

| **Part 8:** | **Health Care Bankruptcies** |
|---|---|

15. **Health Care bankruptcies**
   Is the debtor primarily engaged in offering services and facilities for:
   - diagnosing or treating injury, deformity, or disease, or
   - providing any surgical, psychiatric, drug treatment, or obstetric care?

   ■ No. Go to Part 9.
   ☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services<br>the debtor provides | If debtor provides meals<br>and housing, number of<br>patients in debtor's care |
|---|---|---|

| **Part 9:** | **Personally Identifiable Information** |
|---|---|

16. **Does the debtor collect and retain personally identifiable information of customers?**

   ☐ No.
   ■ Yes. State the nature of the information collected and retained.

   **Personal customer info is collected**

   Does the debtor have a privacy policy about that information?
   ☐ No
   ■ Yes

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

   ☐ No. Go to Part 10.
   ■ Yes. Does the debtor serve as plan administrator?

      ☐ No Go to Part 10.
      ■ Yes. Fill in below:

      | Name of plan | Employer identification number of the plan |
      |---|---|
      | **Simple IRA** | EIN:  **963931** |

      Has the plan been terminated?
      ■ No
      ☐ Yes

      ☐ No Go to Part 10.

■ **Yes. Fill in below:**

| Name of plan | Employer identification number of the plan |
|---|---|
| **Livie and Luca 401(k) Profit Sharing Plan and Trust** | EIN:  **39-2051701** |

Has the plan been terminated?

☐ No
■ Yes

☐ No Go to Part 10.
■ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| **ADP Retirement Plan** | EIN:  **260298** |

Has the plan been terminated?

☐ No
■ Yes

---

| Part 10: | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |
|---|---|

18. **Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| | | | | |

19. **Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| | | | |

20. **Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| **Cottage Hill**<br>**9960 Padgett Switch Rd.**<br>**Irvington, AL 36544** | **Cottage Hill fulfillment team** | **shoe inventory, accessories and packing materials** | ■ No<br>☐ Yes |
| **Bedabox, LLC dba Shipmonk**<br>**Attn: Franklin Castro**<br>**201 NW 22nd Ave.**<br>**Unit 100**<br>**Fort Lauderdale, FL 33311** | **Shipmonk fulfillment team** | **shoe inventory, accessories and packing materials** | ☐ No<br>■ Yes |

---

| Part 11: | Property the Debtor Holds or Controls That the Debtor Does Not Own |
|---|---|

Case: 23-40991   Doc# 1   Filed: 08/10/23   Entered: 08/10/23 21:39:18   Page 104 of 132

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

| Part 12: | Details About Environment Information |
|---|---|

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

| Part 13: | Details About the Debtor's Business or Connections to Any Business |
|---|---|

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service<br>From-To |
|---|---|

| Name and address | Date of service From-To |
|---|---|
| 26a.1.   **Plot Path Finance LLC**<br>**13359 No. Highway 183**<br>**Suite 406-568**<br>**Austin, TX 78750** | **2022 to present** |
| 26a.2.   **Valley Oak Financial**<br>**6011 Stadium Dr.**<br>**Kalamazoo, MI 49009** | **2015 to present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1.   **Valley Oak Financial**<br>**6011 Stadium Dr.**<br>**Kalamazoo, MI 49009** | **2022 to present** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.   **Plot Path Finance LLC**<br>**13359 No. Highway 183**<br>**Suite 406-568**<br>**Austin, TX 78750** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1.   **U.S. Small Business Administration**<br>**Attn: District Counsel**<br>**455 Market St., Suite 600**<br>**San Francisco, CA 94105** |
| 26d.2.   **Shopify**<br>**33 New Montgomery St., Suite 750**<br>**San Francisco, CA 94105** |
| 26d.3.   **Paypal Working Capital**<br>**Attn: Executive Escalation**<br>**P.O. Box 45950**<br>**Omaha, NE 68145** |

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

Case: 23-40991    Doc# 1    Filed: 08/10/23    Entered: 08/10/23 21:39:18    Page 106 of 132

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|------------------------|
| Mitzi Rivas | 1499 Posen Ave. Albany, CA 94706 | CEO | 100% owner |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|-------------------------------|-----------------------------------------------------|-------|-------------------------------|
| 30.1. | Mitzi Rivas 1499 Posen Ave. Albany, CA 94706 | $3,840 | | Reimbursements |
| | **Relationship to debtor** CEO | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|--------------------------------|----------------------------------------------------------|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|--------------------------|----------------------------------------------------|

**Part 14:**    Signature and Declaration

> **WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
> 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **August 8, 2023**
_____

| | |
|---|---|
| **/s/ Mitzi Rivas** | **Mitzi Rivas** |
| Signature of individual signing on behalf of the debtor | Printed name |

Position or relationship to debtor    **CEO**
_____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

■ No
☐ Yes

# United States Bankruptcy Court
## Northern District of California

In re    __Livie and Luca LLC__                           Case No. _____

                                           Debtor(s)                Chapter    __11__

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| -NONE- | | | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

        I, the **CEO** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    __August  8, 2023__                    Signature    **/s/ Mitzi Rivas**

                                                               **Mitzi Rivas**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

In re                                                    Case No.

    **Livie and Luca LLC**

_____ Debtor(s). _____ /

<u>**CREDITOR MATRIX COVER SHEET**</u>

       I declare that the attached Creditor Mailing Matrix, consisting of __20__ sheets, contains the correct, complete and current names and addresses of all priority, secured and unsecured creditors listed in debtor's filing and that this matrix conforms with the Clerk's promulgated requirements.

DATED: **August  8, 2023**

                                **/s/ Stephen D. Finestone**
                                Signature of Debtor's Attorney or Pro Per Debtor

Adlantica LLC
6662 Escondido St.
Irving, TX 75039


AGA
Attn: Samuel Murphy
740 Walt Whitman Rd.
Melville, NY 11747


Aggressive Global Sourcing Corp
Attn: Roy Shuman
P.O. Box 772
La Canada Flintridge, CA 91012


Alastar Kerpel
c/o SMBX
1667 41st Ave.
San Francisco, CA 94122


Amanda Thomas
c/o SMBX
1667 41st Ave.
San Francisco, CA 94122


American Pediatric Medical Assn.
9312 Old Georgetown Rd.
Bethesda, MD 20814


Amie Garcia
440 N. Barranca Ave, #5077
Covina, CA 91723


Amwins Connect Adminstrators
6 N. Park Dr.
Hunt Valley, MD 21030

Amy Fisher
c/o SMBX
1667 41st Ave.
San Francisco, CA 94122


Andrew Ghekas
Anthony & Partners, LLC
100 South Ashley Dr., Suite 1600
Tampa, FL 33602


Andrew Lypen
c/o SMBX
1667 41st Ave.
San Francisco, CA 94122


Anusheel Bhushan
c/o SMBX
1667 41st Ave.
San Francisco, CA 94122


Arizona Dept. of Economic Security
P.O. Box 6028
Mail Drop 5881
Phoenix, AZ 85005


Arizona Dept. of Revenue
P.O. Box 29085
Phoenix, AZ 85038


Arthur Do
c/o SMBX
1667 41st Ave.
San Francisco, CA 94122


Ashley Millians
c/o SMBX
1667 41st Ave.
San Francisco, CA 94122

Bank of America
P.O. Box 66041
Dallas, TX 75266


Bedabox, LLC dba Shipmonk
Attn: Franklin Castro
201 NW 22nd Ave.
Unit 100
Fort Lauderdale, FL 33311


Blake Clemmons
c/o SMBX
1667 41st Ave.
San Francisco, CA 94122


Brian Egan
c/o SMBX
1667 41st Ave.
San Francisco, CA 94122


Brian Quinn
c/o SMBX
1667 41st Ave.
San Francisco, CA 94122


Bryan Cave et al.
Attn: Jenn Rizutti
211 N Broadway, Suite 3600
Saint Louis, MO 63102


Business Card
P.O. Box 15796
Wilmington, DE 19886


Cal. Dept of Tax and Fee Administration
450 N Street
P.O. Box 942879
Sacramento, CA 94279

Callie Stein
c/o SMBX
1667 41st Ave.
San Francisco, CA 94122


Carlos Iribarren
1499 Posen Ave.
Albany, CA 94706


Charles Thomas
c/o SMBX
1667 41st Ave.
San Francisco, CA 94122


Charlie Linch
c/o SMBX
1667 41st Ave.
San Francisco, CA 94122


Chris Crawford
c/o SMBX
1667 41st Ave.
San Francisco, CA 94122


Christina Rogerson
c/o SMBX
1667 41st Ave.
San Francisco, CA 94122


Christopher Rozniak
c/o SMBX
1667 41st Ave.
San Francisco, CA 94122


Cleo Communications
4949 Harrison Ave.
Suite 200
Rockford, IL 61108

Compass Rose Ventures
11 Pine St., #309
Montclair, NJ 07042


Computer Generated Solutions
200 Vesey St.
New York, NY 10281


Connor Paratore
c/o SMBX
1667 41st Ave.
San Francisco, CA 94122


Corey Reed
c/o SMBX
1667 41st Ave.
San Francisco, CA 94122


CTY TNHH TM SX Thai
No 236/8, Group 8
Di An
Binh Duong 72000
VIETNAM


Dana Burrell
c/o SMBX
1667 41st Ave.
San Francisco, CA 94122


Dangelo Thompson
c/o SMBX
1667 41st Ave.
San Francisco, CA 94122


Daniel Horowitz
c/o SMBX
1667 41st Ave.
San Francisco, CA 94122

David Bertschy
c/o SMBX
1667 41st Ave.
San Francisco, CA 94122


David Birdsall
c/o SMBX
1667 41st Ave.
San Francisco, CA 94122


Dianna Tremblay
c/o SMBX
1667 41st Ave.
San Francisco, CA 94122


Don Walker
Lincoln & Morgan
600 W Broadway, Ste. 700
San Diego, CA 92101


Elizabeth Kukka
c/o SMBX
1667 41st Ave.
San Francisco, CA 94122


Emily Pierdinock-Hagen
153 Glen Eagle Dr. NE
Rockford, MI 49341


Emma Stein
c/o SMBX
1667 41st Ave.
San Francisco, CA 94122


Employment Development Dept.
Bankruptcy Unit - MIC 92E
P.O. Box 826880
Sacramento, CA 94280-0001

Eric Anschutz
c/o SMBX
1667 41st Ave.
San Francisco, CA 94122


Eric Pool
c/o SMBX
1667 41st Ave.
San Francisco, CA 94122


Eric Quon-Lee
c/o SMBX
1667 41st Ave.
San Francisco, CA 94122


Fabien Lamaison
c/o SMBX
1667 41st Ave.
San Francisco, CA 94122


Fashion Snoops, Icn.
40 West 51st Street
New York, NY 10020


Federal Express
3965 Airways Blvd.
Module G, 4th Floor
Memphis, TN 38116


Felicia Jones
c/o SMBX
1667 41st Ave.
San Francisco, CA 94122


Five Elements Design
840 Page St.
Berkeley, CA 94710

Flexport International
760 Market St., 8th Floor
San Francisco, CA 94102


Franchise Tax Board
State of California
P.O. Box 2952
Sacramento, CA 95812-5000


Gabriel McMorland
c/o Carlson Brown
P.O. Box 242
Sewickley, PA 15143


Gabrielle Katsnelson
c/o SMBX
1667 41st Ave.
San Francisco, CA 94122


Garen Corbett
c/o SMBX
1667 41st Ave.
San Francisco, CA 94122


Hajar Newsome
c/o SMBX
1667 41st Ave.
San Francisco, CA 94122


Hannah Wright
c/o SMBX
1667 41st Ave.
San Francisco, CA 94122


Heather Hanson
c/o SMBX
1667 41st Ave.
San Francisco, CA 94122

Heidi Alletzhauser
259 Monterey Blvd, #B
San Francisco, CA 94131


Heritage Bank
Attention: Raul Garcia
224 Airport Parkway
San Jose, CA 95110


Hermes Nextec LLC
100 SE Executive Dr.
Suite 6
Bentonville, AR 72712


Hosea Lin
c/o SMBX
1667 41st Ave.
San Francisco, CA 94122


Huong Ngo
c/o SMBX
1667 41st Ave.
San Francisco, CA 94122


Insul Techs, Inc.
3424 Tanager Cir.
Concord, CA 94520


Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7316


Intertek Vietnam Ltd.
5th-7th Floor, SOHO Bldg. 38
Ho Chi Minh City 70000
VIETNAM

Jab It Up, LLC
623 Fountain View Dr.
Irving, TX 75039


Jackie Chan
360 E. 28th Ave.
San Mateo, CA 94403


Jaime Graham
c/o SMBX
1667 41st Ave.
San Francisco, CA 94122


James Donaldson
c/o SMBX
1667 41st Ave.
San Francisco, CA 94122


James Norris
c/o SMBX
1667 41st Ave.
San Francisco, CA 94122


Jane Pak
c/o SMBX
1667 41st Ave.
San Francisco, CA 94122


Jason Spencer
c/o SMBX
1667 41st Ave.
San Francisco, CA 94122


Jennifer Davidek
c/o SMBX
1667 41st Ave.
San Francisco, CA 94122

Jeremy Sterns
c/o SMBX
1667 41st Ave.
San Francisco, CA 94122


Jonathan Cerda
c/o SMBX
1667 41st Ave.
San Francisco, CA 94122


Jonathan Crawford
c/o SMBX
1667 41st Ave.
San Francisco, CA 94122


Jonathan Williams
c/o SMBX
1667 41st Ave.
San Francisco, CA 94122


Jordan Kramer
c/o SMBX
1667 41st Ave.
San Francisco, CA 94122


Joseph Kleinschmidt
c/o SMBX
1667 41st Ave.
San Francisco, CA 94122


Justin Draa
Draa & Lapcevic, LLP
1101 Pacific Ave, Ste. 320
Santa Cruz, CA 95060


Kaiton Williams
c/o SMBX
1667 41st Ave.
San Francisco, CA 94122

Karen Kwon
c/o SMBX
1667 41st Ave.
San Francisco, CA 94122


Kate Kroeger
c/o SMBX
1667 41st Ave.
San Francisco, CA 94122


Kathleen Roach
c/o SMBX
1667 41st Ave.
San Francisco, CA 94122


Katrina Brashares
c/o SMBX
1667 41st Ave.
San Francisco, CA 94122


Kristin Parks
c/o SMBX
1667 41st Ave.
San Francisco, CA 94122


Laura Cloutier
c/o SMBX
1667 41st Ave.
San Francisco, CA 94122


Lauren Hollis
c/o SMBX
1667 41st Ave.
San Francisco, CA 94122


Lexel Art
Calle Monte de Santa Pola 30
Estudio 34
Alicante
SPAIN

Linus Lee
c/o SMBX
1667 41st Ave.
San Francisco, CA 94122


Liran Rosenfeld
c/o SMBX
1667 41st Ave.
San Francisco, CA 94122


Loida Valentin
c/o SMBX
1667 41st Ave.
San Francisco, CA 94122


Macarthur Mentor
c/o SMBX
1667 41st Ave.
San Francisco, CA 94122


Mark Smith
c/o SMBX
1667 41st Ave.
San Francisco, CA 94122


Matthew Cuneo
c/o SMBX
1667 41st Ave.
San Francisco, CA 94122


McKenna Durand
7430 Hamilton Run Dr.
Chattanooga, TN 37421


Meghan Weaver
401 Fairwood Place
Nampa, ID 83651

Mia Blackler
Lubin Olson et al.
600 Montgomery St., 14th Fl.
San Francisco, CA 94111


Miranda Tedholm
c/o SMBX
1667 41st Ave.
San Francisco, CA 94122


Mitzi Rivas
1499 Posen Ave.
Albany, CA 94706


Nicholas A. Colella
Lynch Carpenter LLP
1133 Penn Ave., 5th Floor
Pittsburgh, PA 15222


Open Text
9711 Washington Blvd.
Suite 700
Gaithersburg, MD 20878


Pamel Chaloult
c/o SMBX
1667 41st Ave.
San Francisco, CA 94122


Paul Ugolini
c/o SMBX
1667 41st Ave.
San Francisco, CA 94122


Paypal Working Capital
Attn: Executive Escalation
P.O. Box 45950
Omaha, NE 68145

Peter Livingston
c/o SMBX
1667 41st Ave.
San Francisco, CA 94122


Philip Marcotty
c/o SMBX
1667 41st Ave.
San Francisco, CA 94122


Plot Path Finance LLC
13359 No. Highway 183
Suite 406-568
Austin, TX 78750


Rebekah Vigil
c/o SMBX
1667 41st Ave.
San Francisco, CA 94122


Rick Moss
c/o SMBX
1667 41st Ave.
San Francisco, CA 94122


Robert Manske
c/o SMBX
1667 41st Ave.
San Francisco, CA 94122


Robert Zapantis
c/o SMBX
1667 41st Ave.
San Francisco, CA 94122


Roberto Gonzalez
c/o SMBX
1667 41st Ave.
San Francisco, CA 94122

Rocael H. Rizzardini
c/o SMBX
1667 41st Ave.
San Francisco, CA 94122


Ronn Hubbard
c/o SMBX
1667 41st Ave.
San Francisco, CA 94122


Ross Festenstein
c/o SMBX
1667 41st Ave.
San Francisco, CA 94122


Ryan Segal
c/o SMBX
1667 41st Ave.
San Francisco, CA 94122


Ryan Waliany
c/o SMBX
1667 41st Ave.
San Francisco, CA 94122


SA Marketing LLC
21526 Sweetwater Lane So.
Boca Raton, FL 33428


Satra Technology Centre Ltd.
Satra Technolgy Ctr.
Wyndham Way
Kettering NN16 8SD
UNITED KINGDOM


SC Treasure Limited
18F-8, No. 6
SEC3 NO 6
Taichung 40748
TAIWAN

Scott M. Kessler
Akerman LLP
1251 Avenue of the Americas, 37th Fl.
New York, NY 10020


Shannon Hall
c/o SMBX
1667 41st Ave.
San Francisco, CA 94122


Shivraj Kumar
c/o SMBX
1667 41st Ave.
San Francisco, CA 94122


Shopify
33 New Montgomery St., Suite 750
San Francisco, CA 94105


Simon Morris
c/o SMBX
1667 41st Ave.
San Francisco, CA 94122


SMBX
1667 41st Ave.
San Francisco, CA 94102


Stephanie Baxter
Tucker, Albin & Associates
1702 N. Collins Blvd., Suite 100
Richardson, TX 75080


Stephanie Lema
21285 E Via Del Sol
Queen Creek, AZ 85142

Stephen Bruce
c/o SMBX
1667 41st Ave.
San Francisco, CA 94122


Sukhwinder Kaur
c/o SMBX
1667 41st Ave.
San Francisco, CA 94122


Synter Resource Group
5935 Rivers Ave.
Suite 102
Charleston, SC 29406


Taft Stettinius & Hollister LLP
425 Walnut St.
Suite 1800
Cincinnati, OH 45202


Takayuki Yokoyama
c/o SMBX
1667 41st Ave.
San Francisco, CA 94122


Timothy Schoonover
c/o SMBX
1667 41st Ave.
San Francisco, CA 94122


Tina Marshall-Bradley
c/o SMBX
1667 41st Ave.
San Francisco, CA 94122


Todd Brinlee
c/o SMBX
1667 41st Ave.
San Francisco, CA 94122

U.S. Small Business Administration
Attn: District Counsel
455 Market St., Suite 600
San Francisco, CA 94105


Valley Oak Financial
6011 Stadium Dr.
Kalamazoo, MI 49009


Valor Global
13430 N. Black Canyon Hwy.
Suite 250
Phoenix, AZ 85029


Wendy Carrier
c/o SMBX
1667 41st Ave.
San Francisco, CA 94122


Wendy Smith
2863 Gum Road
Seneca, MO 64865


Wesley Selke
c/o SMBX
1667 41st Ave.
San Francisco, CA 94122


Worldwide Logistics
80 Route 4 East
Suite 410
Paramus, NJ 07652


Yarra McClure
c/o SMBX
1667 41st Ave.
San Francisco, CA 94122

Yotpo Inc.
233 Spring St., 6th Floor
New York, NY 10013


Zackary Zweber
c/o SMBX
1667 41st Ave.
San Francisco, CA 94122


Ziqiang Tang
c/o SMBX
1667 41st Ave.
San Francisco, CA 94122

# United States Bankruptcy Court
## Northern District of California

In re  **Livie and Luca LLC** _____  Case No. _____

_____  Chapter  **11** _____
                                    Debtor(s)

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for ___**Livie and Luca LLC**___ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**August  8, 2023** _____  **/s/ Stephen D. Finestone** _____
Date                                              **Stephen D. Finestone 125675**
                                            Signature of Attorney or Litigant
                                            Counsel for  **Livie and Luca LLC** _____
                                            **Finestone Hayes LLP**
                                            **456 Montgomery St., 20th Floor**
                                            **San Francisco, CA 94104**
                                            **415 421-2624 Fax:415 398-2820**
                                            **sfinestone@fhlawllp.com**

# United States Bankruptcy Court
## Northern District of California

In re   **Livie and Luca LLC**

Case No.

Debtor(s)

Chapter   **11**

## STATEMENT PURSUANT TO RULE 2016(B)

The undersigned, pursuant to Rule 2016(b), Bankruptcy Rules, states that:

1.   The undersigned is the attorney for the debtor(s) in this case.

2.   The compensation paid or agreed to be paid by the debtor(s), to the undersigned is:

| | | |
|---|---|---|
| a) | For legal services rendered or to be rendered in contemplation of and in connection with this case | $ 40,000.00 |
| b) | Prior to the filing of this statement, debtor(s) have paid | $ 40,000.00 |
| c) | The unpaid balance due and payable is | $ 0.00 |

3.   $ **1,738.00** of the filing fee in this case has been paid.

4.   The Services rendered or to be rendered include the following:
   a.   Analysis of the financial situation, and rendering advice and assistance to the debtor(s) in determining whether to file a petition under title 11 of the United States Code.
   b.   Preparation and filing of the petition, schedules, statement of affairs and other documents required by the court.
   c.   Representation of the debtor(s) at the meeting of creditors.

5.   The source of payments made by the debtor(s) to the undersigned was from earnings, wages and compensation for services performed, and

6.   The source of payments to be made by the debtor(s) to the undersigned for the unpaid balance remaining, if any, will be from earnings, wages and compensation for services performed, and

7.   The undersigned has received no transfer, assignment or pledge of property from debtor(s) except the following for the value stated:

8.   The undersigned has not shared or agreed to share with any other entity, other than with members of undersigned's law firm, any compensation paid or to be paid except as follows:

Dated:   **August  8, 2023**

Respectfully submitted,

**/s/ Stephen D. Finestone**

Attorney for Debtor: **Stephen D. Finestone 125675**
**Finestone Hayes LLP**
**456 Montgomery St., 20th Floor**
**San Francisco, CA 94104**
**415 421-2624  Fax: 415 398-2820**
**sfinestone@fhlawllp.com**

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com