**Entered on Docket
January 05, 2024
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA**



**The following constitutes the order of the Court.
Signed: January 5, 2024**

_____
**William J. Lafferty, III
U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re<br><br>LIVIE AND LUCA LLC,<br><br>        Debtor-in-Possession. | Case No. 23-40991 WJL<br><br>Chapter 11, Subchapter V<br><br>**Hearing Held**<br>Date: December 20, 2023<br>Time: 10:30 a.m.<br>Location: 1300 Clay St, Ctrm 220/Zoom, Oakland, CA 94612 |

**MEMORANDUM REGARDING ORDER**

**CONFIRMING CHAPTER 11 PLAN**

      On December 20, 2023, the Court held a confirmation hearing on Debtor Livie and Luca LLC's ("Debtor") Plan for Reorganization for Small Business under Chapter 11 (the "Ch. 11 Plan"). Appearances were noted on the record. For the reasons stated on the record, Creditor Bedabox LLC *dba* ShipMonk's ("ShipMonk") objections were overruled, and the Ch. 11 Plan was confirmed. Counsel for Debtor was ordered to circulate a proposed order confirming the Ch. 11 Plan to all parties prior to submission for Court approval.

      On January 4, 2024, Debtor filed its proposed order confirming the Ch. 11 Plan and informed the Court via email that its proposed order was approved by the U.S Trustee, the

Subchapter V Trustee, and Creditor Heritage Bank, but not ShipMonk. The following day, ShipMonk submitted its version of the proposed order.

In light of the two competing forms of order, the Court will delay entering any order with respect to confirmation of the Ch. 11 Plan until January 9, 2024 to give Debtor the opportunity to either lodge an amended form of order or to file a pleading of three pages or less indicating its objections to ShipMonk's proposed order.

**\*\*END OF MEMORANDUM\*\***

**COURT SERVICE LIST**